IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-669-SLR |
| | ) |
| SUPER FRESH, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington, this 5th day of January, 2006;

IT IS ORDERED that:

The United States Marshal shall serve a copy of the complaint (D.I. 2) and this order upon the defendant(s) as directed by plaintiff inasmuch as at the time the complaint was filed, plaintiff provided to the court a U.S. Marshal-285 form and copy of the complaint as required for service. All costs of service shall be advanced by the United States.

No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

_____
United States District Judge