IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-669-SLR |
| | ) |
| SUPER FRESH, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Defendant Super Fresh's **Motion to Extend Time to Answer, Respond, or Otherwise Plead**, it is by the Court this ____ day of _____, 2006:

**ORDERED** that Defendant's Motion is hereby **GRANTED**.

_____
United States District Judge