IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-669-SLR |
| | ) |
| SUPER FRESH, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on February 15, 2006, I electronically filed a true and correct copy of the foregoing **Defendant's Motion to Extend Time to Answer, Respond, or Otherwise Plead to Plaintiff's Complaint** with the Clerk of the Court using CM/ECF. I further certify that on February 15, 2006, I served two (2) true and correct copies of **Defendant's Motion to Extend Time to Answer, Respond, or Otherwise Plead to Plaintiff's Complaint** on the following non-registered participant via postage prepaid, First Class U.S. Mail/Return Receipt Requested:

> Judy Enders/Maden
> 1 Laurel Ave.
> Wilmington, DE 19809

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Margaret M. DiBianca
> William W. Bowser, Esquire (Bar I.D. 2239)
> Margaret M. DiBianca (Bar I.D. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601, 5008
> Facsimile: (302) 576-3282, 3476
> wbowser@ycst.com; mdibianca@ycst.com

**Of Counsel**
John P. Barry, Esquire
Greta Ravitsky, Esquire
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10017
Telephone: (212) 351-3720
Telecopier: (212) 878-8720
JBarry@ebglaw.com; GRavitsky@ebglaw.com

Attorneys for Defendant Super Fresh