IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUPER FRESH, )<br>)<br>Defendant. ) | C.A. No. 05-cv-669 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John P. Barry, Esquire, and Greta Ravitsky, Esquire, to represent Defendant Super Fresh Food Markets, Inc. (improperly named in the Complaint as "Super Fresh"), in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
_____
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 5008
Facsimile: (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com
Attorneys for Defendant Super Fresh Markets, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATE:_____      _____
                                                         United States District Judge

NY:979059v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of New York and Bar of New Jersey; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

DATE: 2/14/06

John P. Barry, Esquire
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10017
Telephone: (212) 351-3720
Telecopier: (212) 878-8720
JBarry@ebglaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of New York and Bar of New Jersey; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

DATE: 2/14/06

Greta Ravitsky, Esquire
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10017
Telephone: (212) 351-3745
Telecopier: (212) 878-8675
gravitsky@ebglaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-669-SLR |
| | ) | |
| SUPER FRESH, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on February 17, 2006, I electronically filed a true and correct copy of the foregoing **Motion and Order for Admission Pro Hac Vice** with the Clerk of the Court using CM/ECF. I further certify that on February 17, 2006, I served a true and correct copy of the foregoing **Motion and Order for Admission Pro Hac Vice** on the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

>Judy Enders/Maden
>1 Laurel Ave.
>Wilmington, DE  19809

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 5008
Facsimile : (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com

          **OF COUNSEL**
          John P. Barry, Esquire
          Greta Ravitsky, Esquire
          Epstein Becker & Green, P.C.
          250 Park Avenue
          New York, NY 10177
          Telephone: (212) 351-3720
          Facsimile: (212) 878-8720
          jbarry@ebglaw.com; gravitsky@ebglaw.com
          Attorneys for Defendant Super Fresh Markets, Inc.

DATED:     February 17, 2006

DB02:5111177.1     064808.1001