IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-669-SLR |
| | ) | |
| SUPER FRESH, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of Defendant Super Fresh's **Motion to Extend Time to Answer, Respond, or Otherwise Plead**, it is by the Court this _16th_ day of _March_, 2006:

**ORDERED** that Defendant's Motion is hereby **GRANTED**.

_____  2/16/06
United States District Judge