IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-669-SLR |
| | ) | |
| SUPER FRESH, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on March 3, 2006, I electronically filed a true and correct copy of the foregoing *Answer and Affirmative Defenses* with the Clerk of the Court using CM/ECF. I further certify that on March 3, 2006, I served two (2) true and correct copies of the foregoing *Answer and Affirmative Defenses* on the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

>Judy Enders/Maden
>1 Laurel Ave.
>Wilmington, DE 19809

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ M. DiBianca
>_____
>William W. Bowser, Esquire (Bar I.D. 2239)
>Margaret M. DiBianca, Esquire (Bar I.D. 4539)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>Telephone: (302) 571-6601, 5008
>Facsimile : (302) 576-3282, 3476
>wbowser@ycst.com; mdibianca@ycst.com

**OF COUNSEL**
John P. Barry, Esquire
Greta Ravitsky, Esquire
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
Telephone: (212) 351-3720
Facsimile: (212) 878-8720
jbarry@ebglaw.com; gravitsky@ebglaw.com
Attorneys for Defendant Super Fresh Markets, Inc.

DATED:    March 3, 2006