IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN,                     )<br>                                        )<br>            Plaintiff,                 )<br>                                        )  C.A. No. 05-669-SLR<br>    v.                                  )<br>                                        )<br>SUPER FRESH,                            )<br>                                        )<br>            Defendant.                  ) | |

## NOTICE OF COUNSEL'S CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that John P. Barry, Esq., who has been admitted to practice in the United States District Court for the District of Delaware *pro hac vice* as counsel for Super Fresh Food Markets, Inc., is now associated with the law firm of Proskauer Rose LLP and is no longer associated with Epstein Becker & Green P C. The new contact information is as follows:

> PROSKAUER ROSE LLP
> One Newark Center
> 18th Floor
> Newark, NJ 07102-5211
> Telephone: (973) 274-6081
> Facsimile: (973) 274-3299
> jbarry@proskauer.com

For purposes of CM/ECF notifications, updated e-mail addresses have been provided to the Clerk's office.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Margaret M. DiBianca
> _____
> William W. Bowser, Esquire (Bar I.D. 2239)
> Margaret M. DiBianca (Bar I.D. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601, 5008
> Facsimile: (302) 576-3282, 3476
> wbowser@ycst.com; mdibianca@ycst.com
> Attorneys for Defendant Super Fresh Markets, Inc.

**Of Counsel**
John P. Barry, Esquire
PROSKAUER ROSE LLP
One Newark Center
18th Floor
Newark, NJ 07102-5211
Telephone: (973) 274-6081
Facsimile: (973) 274-3299
jbarry@proskauer.com

Attorneys for Defendant Super Fresh Markets, Inc.

DATED:    April 10, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-669-SLR |
| | ) | |
| SUPER FRESH, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on April 10, 2006, I electronically filed a true and correct copy of the foregoing **Defendant's Notice of Counsel's Change of Firm Affiliation** with the Clerk of the Court using CM/ECF. I further certify that on April 10, 2006, I served two (2) true and correct copies of the foregoing **Defendant's Notice of Counsel's Change of Firm Affiliation** on the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

> Judy Enders/Maden
> 1 Laurel Ave.
> Wilmington, DE 19809

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca/*
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 5008
Facsimile: (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com

**OF COUNSEL**
John P. Barry, Esquire
PROSKAUER ROSE LLP
One Newark Center
18th Floor
Newark, NJ 07102-5211
Telephone: (973) 274-6081
Facsimile: (973) 274-3299
jbarry@proskauer.com

Attorneys for Defendant Super Fresh Markets, Inc.

DATED:     April 10, 2006