IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JUDY ENDERS/MADEN,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　C.A. No. 05-669-SLR
　　　v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
SUPER FRESH,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Defendant.　　　　)

## AMENDED CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on April 18, 2006, I electronically

filed a true and correct copy of the foregoing **Motion and Order for Admission Pro Hac Vice**

of Marc Elliot Alifanz, Esquire, to represent Defendant Super Fresh Food Markets, Inc. in this

matter with the Clerk of the Court using CM/ECF. I further certify that on April 20, 2006, I

served a true and correct copy of **Motion and Order for Admission Pro Hac Vice** on the

following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S.

Mail/Return Receipt Requested:

Judy Enders/Maden
1 Laurel Ave.
Wilmington, DE 19809

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 5008
Facsimile : (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com

**OF COUNSEL**
John P. Barry, Esquire
Proskauer Rose LLP
One Newark Center
18th Floor
Newark, NJ  07102-5211
Telephone: (973) 274-6081
Facsimile: (973) 274-3299
jbarry@proskauer.com

DATED:       April 20, 2006

DB02:5283520 1                                                                                      064808.1002