Civil Action No. 05-669-JJF

I Judy Enders/Maden response on discovery disclosures on June 12, 06 to Marc Alifanz, Proskauer Ross, Super Fresh's lawyer.

Judy Enders/Maden

June 19, 06

Margaret M. DiBianca

Brandywine Building
1000 West Street, 17 Floor
P.O. Box 391
Wilm. De. 19899-0391

Mailed on June 20, 06



```
                CLAYMONT PO
             CLAYMONT, Delaware
                  197039998
                3379300703-0097
06/12/2006     (800)275-8777      01:41:27 PM

─────────────── Sales Receipt ───────────────
Product         Sale    Unit        Final
Description     Qty     Price       Price

NEWARK NJ 07102-5211                $5.00
Priority Mail
2 lb.  4.30 oz.
   Return Rcpt (Green Card)         $1.85
   Certified                        $2.40
   Label #:     70060810000246215819
                                   ========
               Issue PVI:           $9.25

                                   ========
Total:                              $9.25

Paid by:
Cash                               $10.00
Change Due:                        -$0.75


Bill#:  1000303056625
Clerk:  02

 — All sales final on stamps and postage. —
    Refunds for guaranteed services only.
         Thank you for your business
```