IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-669-JJF |
| | ) | |
| SUPER FRESH, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on June 20, 2006, I caused two (2) true and correct copies of *Defendant's Rule 26 Initial Disclosure Statement* on the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

>Judy Enders/Maden
>1 Laurel Ave.
>Wilmington, DE  19809


YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6601, 5008
Facsimile :  (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com

                **OF COUNSEL**
                John P. Barry, Esquire
                Marc Elliot Alifanz, Esquire
                Proskauer Rose LLP
                One Newark Center, 18th Floor
                Newark, NJ 07102-5211
                Telephone: (973) 274-6031
                Facsimile: (973) 274-3299
                jbarry@proskauer.com; malifanz@proskauer.com
                Admitted Pro Hac Vice
                Attorneys for Defendant

DATED:     June 20, 2006

DB02:5381190 1    064808.1002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-669-JJF |
| | ) | |
| SUPER FRESH, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on June 20, 2006, I electronically filed a true and correct copy of the Notice of Service of ***Defendant's Rule 26 Initial Disclosure Statement*** with the Clerk of the Court using CM/ECF. I further certify that on June 20, 2006, I caused to be served two (2) true and correct copies of the foregoing ***Defendant's Rule 26 Initial Disclosure Statement*** on the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

> Judy Enders/Maden
> 1 Laurel Ave.
> Wilmington, DE 19809

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Margaret M. DiBianca
> William W. Bowser, Esquire (Bar I.D. 2239)
> Margaret M. DiBianca, Esquire (Bar I.D. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601, 5008
> Facsimile : (302) 576-3282, 3476
> wbowser@ycst.com; mdibianca@ycst.com

OF COUNSEL
John P. Barry, Esquire
Marc Elliot Alifanz, Esquire
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, NJ 07102-5211
Telephone: (973) 274-6031
Facsimile: (973) 274-3299
jbarry@proskauer.com; malifanz@proskauer.com
Admitted Pro Hac Vice
Attorneys for Defendant

DATED:   June 20, 2006