IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-669-JJF |
| v. | ) |
| | ) |
| SUPER FRESH, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on June 26, 2006, I caused two (2) copies of Defendant's First Requests for Production of Documents to be served upon the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

>Judy Enders/Maden
>1 Laurel Ave.
>Wilmington, DE 19809

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>William W. Bowser, Esquire (Bar I.D. 2239)
>Margaret M. DiBianca, Esquire (Bar I.D. 4539)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>Telephone: (302) 571-6601, 5008
>Facsimile: (302) 576-3282, 3476
>wbowser@ycst.com; mdibianca@ycst.com

**OF COUNSEL**
John P. Barry, Esquire
Marc Elliot Alifanz, Esquire
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, NJ 07102-5211
Telephone: (973) 274-6031
Facsimile: (973) 274-3299
jbarry@proskauer.com; malifanz@proskauer.com
Admitted Pro Hac Vice
Attorneys for Defendant

DATED:    June 26, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-669-JJF |
| | ) | |
| SUPER FRESH, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on June 26, 2006, I electronically filed a true and correct copy of the foregoing *Notice of Service of Defendant's First Requests for Production of Documents* with the Clerk of the Court using CM/ECF. I further certify that on June 28, 2006, I caused to be served two (2) true and correct copies of the foregoing *Notice of Service of Defendant's First Requests for Production of Documents* on the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

        Judy Enders/Maden
        1 Laurel Ave.
        Wilmington, DE  19809

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ MMDiBi*
_____
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 5008
Facsimile : (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com

[continued next page]

                    **OF COUNSEL**
                    PROSKAUER ROSE LLP
                    John P. Barry, Esq. (JPB-6489)
                    One Newark Center, 18th Floor
                    Newark, New Jersey 07102
                    973.274.3200
                    973.274.3299
                    jbarry@prosauker.com
                    Attorneys for Defendant

DATED:       June 26, 2006