IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-669-JJF |
| | ) | |
| SUPER FRESH, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF MARC ALIFANZ, ESQUIRE,
AS COUNSEL FOR SUPER FRESH FOOD MARKETS, INC.**

TO:  Judy Enders/Maden
      1 Laurel Ave.
      Wilmington, DE  19809

PLEASE TAKE NOTICE that, pursuant to D. Del. LR. 83.7, Marc Alifanz, Esquire,

withdraws from his representation of Defendant Super Fresh Food Markets, Inc. in this action.

Super Fresh Food Markets, Inc. ("Super Fresh") continues to be represented in this action by

William W. Bowser, Esquire, and Margaret M. DiBianca, Esquire, of Young Conaway Stargatt

& Taylor, LLP through its Wilmington, Delaware, offices, as well as John P. Barry, Esquire,

who has been admitted *pro hac vice* for this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 5008
Facsimile: (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com

[continued on next page]

**Of Counsel**
John P. Barry, Esquire
PROSKAUER ROSE LLP
One Newark Center
18th Floor
Newark, NJ  07102-5211
Telephone: (973) 274-6081
Facsimile: (973) 274-3299
jbarry@proskauer.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on July 20, 2006, I electronically filed a true and correct copy of the foregoing **Notice of Withdrawal of Marc Alifanz, Esquire as Counsel for Super Fresh Food Markets, Inc.,** with the Clerk of the Court using CM/ECF, which has been approved by both parties. I further certify that on July 20, 2006, I caused to be served two (2) true and correct copies of **Notice of Withdrawal of Marc Alifanz, Esquire as Counsel for Super Fresh Food Markets, Inc.,** on the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

> Judy Enders/Maden
> 1 Laurel Ave.
> Wilmington, DE 19809

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 5008
Facsimile : (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com

OF COUNSEL
John P. Barry, Esquire
Marc Elliot Alifanz, Esquire
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, NJ 07102-5211
Telephone: (973) 274-6031
Facsimile: (973) 274-3299
jbarry@proskauer.com
Admitted Pro Hac Vice
Attorneys for Defendant

DATED:    July 20, 2006