IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-669-JJF |
| | ) |
| SUPER FRESH, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 6, 2006**, I electronically filed a true and correct copy of **Defendant Super Fresh's Motion to Compel, Statement of Compliance Pursuant to Local Rule 7.1.1, and Proposed Order** with the Clerk of the Court using CM/ECF.

I further certify that on **October 6, 2006,** I served a copy of **Defendant Super Fresh's Motion to Compel, Statement of Compliance Pursuant to Local Rule 7.1.1, Proposed Order, and this Certificate of Service** on the *pro se* Plaintiff in the manner indicated below:

> Judy Enders-Maden
> One Lauren Avenue
> Wilmington, Delaware 19809
> **(By Certified Mail – Return Receipt Requested)**

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Margaret M. DiBianca, Esq.
> William W. Bowser, Esquire (Bar I.D. 2239)
> Margaret M. DiBianca, Esquire (Bar I.D. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601, 571-5008
> Facsimile : (302) 576-3282, 576-3476
> Email: wbowser@ycst.com; mdibianca@ycst.com

OF COUNSEL:

John P. Barry, Esquire
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, NJ  07102-5211
Telephone: (973) 274-6031
Facsimile: (973) 274-3299
Email:  jbarry@proskauer.com
Admitted Pro Hac Vice

Attorneys for Defendant

Dated:   October 6, 2006