IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-669-JJF |
| ) | |
| SUPER FRESH, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING OF DISCOVERY**
**PURSUANT TO LOCAL RULE 5.4(f)**

Defendant, by and through its undersigned attorneys, hereby submits this notice of filing of discovery in the above action. Defendant's Responses and Objections to Plaintiff's First Request for Production of Documents is attached.

In accordance with Local Rule 5.4(f), Defendant has filed the discovery because the plaintiff in this action, Judy Enders-Maden, is appearing pro se. The undersigned attorney certifies that on this date copies of the above documents were caused to be served on plaintiff by U.S. Mail, Return Receipt Requested, at the following address: Judy Enders-Maden, 1 Laurel Avenue, Wilmington, DE 19809.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca, Esq.
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 571-5008
Facsimile: (302) 576-3282, 576-3476
Email: wbowser@ycst.com; mdibianca@ycst.com

2

OF COUNSEL:

John P. Barry, Esquire
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, NJ 07102-5211
Telephone: (973) 274-6031
Facsimile: (973) 274-3299
Email: jbarry@proskauer.com
Admitted Pro Hac Vice

Attorneys for Defendant

Dated: October 12, 2006