## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on October 12, 2006, I electronically filed a true and correct copy of the *Notice of Filing of Discovery Pursuant to Local Rule 5.4(f)* and *Defendant's Responses and Objections to Plaintiff's First Request for Production of Documents* with the Clerk of the Court using CM/ECF. I further certify that on October 12, 2006, I caused to be served two (2) true and correct copies of the foregoing *Notice of Filing of Discovery Pursuant to Local Rule 5.4(f)* and *Defendant's Responses and Objections to Plaintiff's First Request for Production of Documents* on the following non-registered participant via postage prepaid, First Class Certified U.S. Mail/Return Receipt Requested:

> Judy Enders-Maden,
> 1 Laurel Avenue
> Wilmington, DE 19809.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Margaret M. DiBianca, Esq.
> _____
> William W. Bowser, Esquire (Bar I.D. 2239)
> Margaret M. DiBianca, Esquire (Bar I.D. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601, 571-5008
> Facsimile: (302) 576-3282, 576-3476
> Email: wbowser@ycst.com; mdibianca@ycst.com
>
> OF COUNSEL:
>
> John P. Barry, Esquire
> Proskauer Rose LLP
> One Newark Center, 18th Floor
> Newark, NJ 07102-5211
> Telephone: (973) 274-6031
> Facsimile: (973) 274-3299
> Email: jbarry@proskauer.com
> Admitted Pro Hac Vice
>
> Attorneys for Defendant

Dated: October 12, 2006