IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   C.A. No. 05-669-JJF |
| SUPER FRESH, | ) ) ) |
|     Defendant. | ) |

**NOTICE OF FILING OF DISCOVERY**
**PURSUANT TO LOCAL RULE 5.4(f)**

Defendant, by and through its undersigned attorneys, hereby submits this notice of filing of discovery in the above action. Defendant's Answers to Plaintiff's First Set of Interrogatories is attached.

In accordance with Local Rule 5.4(f), Defendant has filed the discovery because the plaintiff in this action, Judy Enders-Maden, is appearing pro se. The undersigned attorney certifies that on this date copies of the above documents were caused to be served on plaintiff by U.S. Mail, Return Receipt Requested, at the following address: Judy Enders-Maden, 1 Laurel Avenue, Wilmington, DE 19809.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Margaret M. DiBianca, Esq.
                William W. Bowser, Esquire (Bar I.D. 2239)
                Margaret M. DiBianca, Esquire (Bar I.D. 4539)
                The Brandywine Building, 17th Floor
                1000 West Street
                Wilmington, Delaware 19801
                Telephone: (302) 571-6601, 571-5008
                Facsimile : (302) 576-3282, 576-3476
                Email: wbowser@ycst.com; mdibianca@ycst.com

DB02:5556770.1

OF COUNSEL:

John P. Barry, Esquire
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, NJ 07102-5211
Telephone: (973) 274-6031
Facsimile: (973) 274-3299
Email: jbarry@proskauer.com
Admitted Pro Hac Vice

Attorneys for Defendant

Dated: October 12, 2006

064808.1002