## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on October 12, 2006, I electronically filed a true and correct copy of the *Notice of Filing of Discovery Pursuant to Local Rule 5.4(f)* and *Defendant's Answers to Plaintiff's First Set of Interrogatories* with the Clerk of the Court using CM/ECF. I further certify that on October 12, 2006, I caused to be served two (2) true and correct copies of the foregoing *Notice of Filing of Discovery Pursuant to Local Rule 5.4(f)* and *Defendant's Answers to Plaintiff's First Set of Interrogatories* on the following non-registered participant via postage prepaid, First Class Certified U.S. Mail/Return Receipt Requested:

      Judy Enders-Maden,
      1 Laurel Avenue
      Wilmington, DE 19809.

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      /s/ Margaret M. DiBianca, Esq.
      William W. Bowser, Esquire (Bar I.D. 2239)
      Margaret M. DiBianca, Esquire (Bar I.D. 4539)
      The Brandywine Building, 17th Floor
      1000 West Street
      Wilmington, Delaware 19801
      Telephone: (302) 571-6601, 571-5008
      Facsimile: (302) 576-3282, 576-3476
      Email: wbowser@ycst.com; mdibianca@ycst.com

      OF COUNSEL:

      John P. Barry, Esquire
      Proskauer Rose LLP
      One Newark Center, 18th Floor
      Newark, NJ 07102-5211
      Telephone: (973) 274-6031
      Facsimile: (973) 274-3299
      Email: jbarry@proskauer.com
      Admitted Pro Hac Vice

      Attorneys for Defendant

Dated: October 12, 2006