IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



JUDY ENDERS/MADEN

        PLAINTIFF,

                              CIVIL ACTION NO. 05-669-JJF

V.

SUPER FRESH,

        DEFENDANT,

WE ARE WRITING TO CONFIRM THAT WE HAVE SENT DISCLOSURE, AND HAVE REQUESTED DISCLOSURE FROM DEFENDANT.

                                        JUDY ENDERS/MADEN

                                        *Judy Enders/Maden*