IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-669-JJF |
| | ) |
| SUPER FRESH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW this 26 day of October, 2006, the Court having duly considered Defendant Super Fresh's Motion to Compel pursuant to Fed. R. Civ. P. 37 to preclude the husband of *pro se* Plaintiff, Judy Enders-Maden, from taking the depositions of Defendant's witnesses and defending the Plaintiff at her deposition or attending such deposition, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion is GRANTED.

2. Plaintiff's husband is precluded from taking the depositions of Defendant's witnesses and from defending the Plaintiff at her deposition.

3. Further, Plaintiff's husband is precluded from attending the Plaintiff's deposition.

_____
UNITED STATES DISTRICT JUDGE