IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



JUDY ENDERS/MADEN

          PLAINTIFF,

                                            CIVIL ACTION NO. 05-669-JJF

V.

SUPER FRESH,

          DEFENDANT,

I AM REQUESTING IN WRITING A MOTION FOR A COURT APPOINTED LAWYER, DUE TO THE FACT THAT I'M UNABLE TO OBTAINA LAWER IN MY PRESENT FIANCIAL STATE. I HAVE TRIED TO PROCEDE WITHOUT COUNCIL AND TO HAVE SOMEONE SPEAK FOR ME, BUT WITH THE STRONG OBJECTIONS FROM THE DEFENSE. AT THIS PRESENT TIME I NOW FEEL THAT I'M UNABLE TO REPRESENT MYSELF. I AM UNCOMFORTABLE WITH THE FACT THAT I WOULD HAVE CLOSE CONTACT WITH THE INDVIDUALS THAT HAVE WRONGED ME.

11/04/06

FILED
NOV 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

                                              JUDY ENDERS/MADEN

                                              *Judy Enders/maden*