IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN, )<br>)<br>    Plaintiff, )<br>v. )  C.A. No. 05-669-JJF<br>)<br>SUPER FRESH, )<br>)<br>    Defendant. ) | |

### NOTICE OF DEPOSITION

TO:   Judy Enders/Maden
      1 Laurel Avenue
      Wilmington, DE 19809

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Judy Enders/Maden on Tuesday, November 21, 2006 at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              /s/ Margaret M. DiBianca
                              _____
                              Sheldon N. Sandler, Esquire (No. 245)
                              Margaret M. DiBianca, Esquire (No. 4539)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              P.O. Box 391
                              Wilmington, Delaware 19899-0391
                              Telephone: (302) 571-5008
                              Facsimile: (302) 576-3476
                              Email: mdibianca@ycst.com
                              Attorneys for Defendant

OF COUNSEL:

John P. Barry, Esquire
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, NJ  07102-5211
Telephone: (973) 274-6031
Facsimile: (973) 274-3299
Email:  jbarry@proskauer.com
Admitted Pro Hac Vice

Attorneys for Defendant

Dated:   November 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2006, I electronically filed a true and correct copy of foregoing Notice of Service with the Clerk of the Court using CM/ECF. I further certify that on November 10, 2006, I caused to be served two (2) true and correct copies of the foregoing *Notice of Deposition* on the following non-registered participant via postage prepaid, First Class Certified U.S. Mail/Return Receipt Requested and by Federal Express Mail:

>Judy Enders/Maden
>1 Laurel Avenue
>Wilmington, DE 19809

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Margaret M. DiBianca
>Sheldon N. Sandler, Esquire (No. 245)
>Margaret M. DiBianca, Esquire (No. 4539)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-5008
>Facsimile: (302) 576-3476
>Email: mdibianca@ycst.com
>Attorneys for Defendant
>
>OF COUNSEL:
>
>John P. Barry, Esquire
>Proskauer Rose LLP
>One Newark Center, 18th Floor
>Newark, NJ 07102-5211
>Telephone: (973) 274-6031
>Facsimile: (973) 274-3299
>Email: jbarry@proskauer.com
>Admitted Pro Hac Vice
>
>Attorneys for Defendant

DATED: November 10, 2006