# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

———

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE  19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL:  (302) 571-5008
DIRECT FAX:  (302) 576-3476
mdibianca@ycst.com

LISA A. ARMSTRONG
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
KRISTEN R. SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

November 13, 2006

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lockbox 27
Wilmington, DE  19801

Re:    Judy Enders/Maden v. Super Fresh
       C.A. No.:  05-669

Dear Judge Farnan:

I write concerning a discovery issue that has arisen as a result of *pro se* Plaintiff's recent request for counsel, which was filed with the Court on November 8, 2006.  (D.I. 33). While Defendant takes no position on Plaintiff's request for counsel, it is interested in the resolution of that request because of its potential impact on the ability of the parties to complete discovery in compliance with the Court's Scheduling Order.

By way of background, Plaintiff is a former employee of Defendant Super Fresh. Plaintiff alleges that she was discriminated against on the basis of her gender when her schedule was reduced from full-time to part-time upon the transfer (pursuant to the terms of a collective bargaining agreement) of a more senior employee from another store.

Plaintiff's deposition has been rescheduled several times.  The parties have agreed to a mutually convenient date and time but, each time, the scheduled deposition was adjourned due to Plaintiff's scheduling conflicts and, most recently, because Plaintiff's husband demanded to appear and participate in the deposition process.  After Defendant's motion to preclude

# Young Conaway Stargatt & Taylor, LLP

The Honorable Joseph J. Farnan, Jr.
November 13, 2006
Page 2

Plaintiff's husband from participating in depositions was granted, (D.I. 32), Plaintiff filed the instant request that the Court assign counsel. (D.I. 33)

Plaintiff's deposition has been noticed to proceed on Tuesday, November 21, 2006, (D.I. 34), and discovery is set to close on November 30, 2006. Defendant would like to complete Plaintiff's deposition before the close of discovery but is concerned that the deposition will either not take place or will take place under protest due to Plaintiff's outstanding request for counsel. Should the currently noticed deposition not proceed as scheduled, Defendant will be unable to depose Plaintiff prior to the expiration of the discovery period.

Accordingly, Defendant respectfully requests the Court's guidance on how to proceed under these circumstances.

Respectfully submitted,

/s/ Margaret M. DiBianca

Margaret M. DiBianca, Esq. (#4539)

MDIBI:m

cc:    Judy Enders/Maden (via U.S. Certified Mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2006, I electronically filed **Defendant's**

**Letter to the Court Regarding Plaintiff's Motion for Appointment of Counsel** with the Clerk

of Court using CM/ECF.  I  hereby certify that on November 13, 2006, I have mailed by

Certified United States Postal Service Return Receipt Requested, the document to the following

non-registered participants:

> Judy Enders/Maden
> 1 Laurel Avenue
> Wilmington, DE  19809

> /s/ Margaret M. DiBianca
> William W. Bowser, Esq. (#2239)
> Margaret M. DiBianca, Esq. (#4539)
> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
> 1000 West Street
> Brandywine Building, 17th Floor
> Wilmington, DE  19801
> Phone:  (302) 571-5008
> Facsimile:  (302) 576-3476
> E-mail:  mdibianca@ycst.com