IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-669-JJF |
| | ) | |
| SUPER FRESH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**AND NOW** this _____ day of November, 2006, the Court having heard Defendant's Motion to Compel Deposition, **IT IS HEREBY ORDERED** as follows:

1.  Plaintiff Judy Enders/Maden shall appear for deposition at the law offices of Defendant's counsel in Wilmington, DE on or before _____; and

2.  Discovery shall be stayed pending completion of the deposition of Plaintiff Judy Enders/Maden.

3.  Plaintiff Judy Enders/Maden shall pay to Defendant's counsel counsel the sum of $_____ as reasonable counsel fees and the sum of $_____ in costs incurred in connection with the preparation and presentation of discovery motions.

_____
The Honorable Joseph J. Farnan, Jr.