

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JUDY ENDERS/MADEN

        PLAINTIFF,

                                               CIVIL ACTION NO. 05-669-JJF

V.

SUPER FRESH,

        DEFENDANT,

     I AM ASKING INWRITING THAT THE COURT TO RECONSDIER ITS MOTION DECISION FOR A COURT APPOINTED LAWYER.

     ON SEPTEMBER THE 14TH 2005, THE PLAINTIFF FILED A GENDER DISCRIMINATION ACTION. BASES FOR THE GROUNDS OF THIS ACTION IS GENDER DISCRIMINATION WITH THE PARTICULAR LAW THAT HAS BEEN VIOLATED, WHICH IS IT'S ILLEGAL TO CHANGE A WOMENS SCHDULE ON RETURN FROM MATERNITY LEAVE.

     THE DIFFICULTY OF THIS PARTICULAR CASE STILL INCLUDES THE DEPOSING OF EXPERT WITNESSESS, INCLUDING THE PLAINTIFF AND OR THE DIRECT DEPOSING OF THE PEOPLE WHO HAVE COMMITTED THE DISCRIMINATION AND HARRASSEMENT, IN WHICH I AM NOT COMFORTABLE WITH MY ABILITY TO DEPOSE THESE PEOPLE WHO HAVE WRONGED ME WITH MY EMPLOYMENT AT SUPER FRESH.

     PLAINTIFF IS STILL CONTEINDING THAT SHE IS UNABLE TO PAY FOR LEGAL REPRESENTATION, DUE TO THE FACT AT THE UNBAREABLE CONDITIONS THAT SUPER FRESH HAS PUT ON ME. SUPER FRESH HAS BEEN MY ONLY SOURCE OF INCOME FOR THE LAST 5 YEARS, UP UNTIL MY SEPERATION FROM SUPER FREESH. I HAVE NOT RECEIVED ANY SOURCE OF INCOME OTHER THAN STATE ASSISTANCE. I HAVE ATTEMPTED SEVERAL TIMES TO OBTAIN COUNCIL, I'VE HAD OTHER PEOPLE TO PAY FOR MY COUNCILTATION WITHOUT HAVING AN ATTORNEY ACCEPT THE CASE WITHOUT ASKING FOR A LARGE SUM OF MONEY IN ADVANCE.

IN CLOSING I WOULD LIKE TO THANK THE COURTS PATIENTS IN THIS MATTER, GIVEN MY LIMITED LEGAL KNOWLEDGE AND MY LACK OF ANY FINANCIAL INCOME.

November 26, 2006

THANK YOU,

JUDY ENDERS MADEN

*Judy Enders/maden*

Case # 05cv6609
Case Caption Enders/maden v. SuperFresh
Judy Enders/maden
1 Laurel Ave
Wilm., De. #19809

Attention
Judge Joseph J. Farnan, Jr.



RECEIVED
NOV 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE