FILED
NOV 28 2006

05cv669 JJF

1/25/02

had to work 2  11:30 to 8:00 cause I asked for
Mon off so I had to use a p.H?

| Tue | Wed | Thur | Fri | Sat |
|-----|-----|------|-----|-----|
| 8 | off | 11:30 | 11:30 | 7:00 |
| to | | to | to | to |
| 4:30 | | 8:00 | 8:00 | 3:30 |

**Work Schedule**
Week Ending 6-28-03

| Name | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Hours |
|------|--------|--------|---------|-----------|----------|--------|----------|-------|
| Richard Elliott | 5:30-6 | | | | | | | 12:00 |
| CHERYL DAWSON | 8:30-7 | 7-3:30 | | 7-3:30 | 7-3:30 | 7-3:30 | | 40+10 |
| Joe Steck | | | 7-8 | | 7-3:30 | 7-8 | 7-3:30 | 40+8 |
| Joe McFARLAND | 8-6:30 | 6:30-8 | | | 8:30-8 | | 8-4:30 | 24+16 |
| CUTTER BOB | | | | 8-4:30 | | | 11:30-8 | 16 |
| SHIRLEY PErrymAN | | 6-2:30 | | 7-3:30 | 7-11 | 9:30-8 | 8-4:30 | 24+16 |
| JUDY ENDERS | | 11:30-8 | 8-4:30 | | 11:30-8 | 8-4:30 | 244 HRS | 35-43 |
| | | | | | | | | 40 |
| | | | | | | | | |

*Schedule for Cheryl Dawson for Cheryl Dawson because on Rt...*

**WORK SCHEDULE**

**W/E 11-2-02**

| NAME | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | HOURS | $ |
|---|---|---|---|---|---|---|---|---|---|
| Bleb Ellintt | 7-3:30 | 6-2:30 | | 7-3:30 | 7-3:30 | 7-3:30 | 7-3:30 | 40+8 | |
| CHERYL DAHLSTON | 6-2:30 | 6-2:30 | 7-3:30 | 11:30-8 | | 7-3:30 | 7-3:30 | 40 | |
| Russell Helmes 8-4:30 | | 11:30-8 | 11:30-8 | 8-4:30 | 7-3:30 | 11:30-8 | 8-4:30 | 40+8 | |
| ??? MACK Rides 11:30-8 | | 11:30-8 | 8-4:30 | | 8-4:30 | 8-4:30 | 8-4:30 | 40+8 | |
| CUTTER | | 8:30-5 | 8-4:30 | | 11:30-8 | 9:30-6 | 8:30-5 | 40 | |
| SHIRLEY Pittman 8-5:30 | | 4-3:30 | | 7-11 | 7-3:30 | 12:30-8 | 11:30-8 | 35+9 | |
| Judy Enders | V | A | C | A | T | I | O | N | |

**Row labels (left column):** PROJECTED SALES | HOURS | WAGES | AHR | SFEH

*(handwritten note in margin)* picked this vacation for me had to use it before the end of year

DEPARTMENT: Meat

WORK SCHEDULE

W/E 11-16-02

| NAME | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | HOURS | $ |
|---|---|---|---|---|---|---|---|---|---|
| Rich Elliott | 7-3:30 | 7-3:30 | 7-3:30 | 7-3:30 | 7-3:30 | 7-3 30 8 | 7-3:30 | 40+ | 8 |
| Cheryl Dawson | 8-5:30 | / | / | 11:30-8 | | 7-3:30 | 7-3:30 | 40+9 | |
| Russell Holmes | 8-4:30 | 11:30-8 | 8-4:30 | 8-4:30 | 11:30-8 | 8-4:30 | 11:30-8 | 40+8 | |
| Gus Marchioes | 11:30-8 | 11:30-8 | 7-3:30 | 8-4:30 | 9-5:30 | 9-5:30 | 9-5:30 | 40+8 | |
| Shirley Perryman | | 6-1:30 | | | 7-1 | 7-1 | 11:30-8 | 35 | |
| Judy Enders | | 9-5:30 | 7-3:30 | 8-4:30 | 9-5:30 | 11:30-8 | 7-3:30 | 40 | |
| CUTTER | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| PROJECTED SALES | HOURS | WAGES | AHR | SPEH | | | | | |

DEPARTMENT: Meat

WORK SCHEDULE

W/E 11-23-02

| NAME | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | HOURS | $ |
|---|---|---|---|---|---|---|---|---|---|
| Rich ELLIOTT | 7-3:30 | 8-2:30 | | 7-3:30 | 11:30-8 | 7-3:30 | 7-3:30 | 40+8 | |
| CHERYL DAWSON | | 6-2:30 | 7-3:30 | 11:30-8 | 7 | 7-3:30 | 7-3:30 | 40+8 | |
| Russ Holmes | 11:30-8 | | 7-3:30 | 8-4:30 | 7-3:30 | 9-5:30 | 9-5:30 | 40+8 | |
| GUS MACRIDES | 8-4:30 | 11:30-8 | 8-4:30 | 8-4:30 | 8-4:30 | 11:30-8 | 7-3:30 | 35+9 | |
| Shirley Personnel | 8-5:30 | 6-1:30 | 7-3:30 | | 7-1 | 2-8 | 11:30-8 | 40 | |
| JUDY FINDERS | | 9-5:30 | | 8-4:30 | 9-5:30 | 8-4:30 | 7-3:30 | 24 | |
| CUTTER | | | | | 11:30-8 | 7-3:30 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| PROJECTED SALES | | | | | | | | | |

**DEPARTMENT:** Meat

**WORK SCHEDULE**  W/E 11-30-02

| NAME | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | HOURS | $ |
|------|--------|--------|---------|-----------|----------|--------|----------|-------|---|
| RICH ELLIOTT | 7-3:30 | 7-3:30 | | 7-3:30 | 16-1 | 10-6:30 | 7-3:30 | 32+8+7 | |
| CHERYL DAWSON | 8-5:30 | 7-3:30 | 7:30 | 12:30-9 | 7-11 | | P-H | 24+8+9+4 P.M. | |
| RUSSELL HELMS | 8-4:30 | 7-3:30 | 8-4:30 | 8-4:30 | | 7-3:30 | 11:30-8 | 32+8 | |
| GUS MACRIDES | 11:30-8 | 11:30-8 | 11:30-8 | | | 9-5:30 | 8-4:30 | 32+8 | |
| SHIRLEY PERRYMAN | | 7-1:30 | | 9- | | 8-4:30 | 3-8 | 3 | |
| JUDY ENDERS | | 9-5:30 | | 10:30-7 | | P-H | 7-3:30 | 24+8 P.M. | |
| COTTER | | | | Robert 9-5:30 | | | | 8 | |
| | | | | | | | | | |
| | | | | | | | | | |
| PROJECTED SALES | HOURS | WAGES | AHR | SPEH | | | | | |

DEP.  TMENT _____

WORK  IEDULE

W/E  12-7-02 _____

| NAME | SUNDAY HOURS | MONDAY WAGES | TUESDAY AHR | WEDNESDAY SPEH | THURSDAY | FRIDAY | SATURDAY | HOURS | $ |
|---|---|---|---|---|---|---|---|---|---|
| Rich ELLioTT | 7-3:30 | 7-3:30 | | 7-3:30 | | 7-3:30 | 7-3:30 | 40. | |
| CHERYL DAWSON | | VAC DAY | | | | 7-3:30 | | | |
| RUSSell Holmes | 11:30-8 | 11:30-8 | 11:30-8 | 11:30-8 | 11:30-8 | 11:30-8 | 11:30-8 | 40. | |
| GUS MACRIDES | 8-4:30 | 8-8 | 8-4:30 | 11:30-8 | 8-8 | 9-5:30 | 8-4:30 | 40+8 | |
| CUTTER | 8-4:30 | 8-4:30 | 8-4:30 | 8-4:30 | 8-4:30 | 8-4:30 7-3:30 | 8-4:30 | 40+8 | |
| Shirley Perryman | 8-5:30 | | | | | | 9-5:30 | 40+8 | |
| JUDY ENDERS | | 9-5:30 | 8-4:30 | | | | 10 | 8 svc | |
| CUTTER | | | | | | | | 8 | |
| PROJECTED SALES | | | | | | | | | |

worked two 11:30 to 8:00 because other meat
wrapper was on Vac.

Larry
Lucente
place

who

ask

and

called

pg. 20

11-11-03

Mon
11:30
to
8:00

Tues
8:00
to
4:30

Wed
off

Thur
11:30
to
8:00

Fri
11:30
to
8:00

Sat
7:00
to
3:30

Mon
11:30
+0
8:00

Tues
8:00
+0
4:30

1 - 18 - 03

Wed

Thurs
11:30
+0
8:00

Fri
8:00
+0
4:30

Sat
11:30
+0
8:00



2-12-03

Mon
11:30
to
8:00

Tues
8
to
4:30

wed
off

Thun
11:30
to
8:00

Fri
8:00
to
4:30

Sat
11:30
to
8:00

2-08-03

Mon
11:30
to
8:00

Tues
8:00
to
4:30

wed
off

Thun
11:30
to
8:00

Fri
11:30
to
8:00

Sat
7:00
to
3:30

12-15-03

Mon
11:30
to
8:00

Tues
8:00
to
4:30

Wed
off

Thun.
11:30
to
8:00

Fri
11:30
to
8:00

Sat
7:00
to
3:30

2-22-03    Revised

| P.H. | Mon | Tues | Wed | Thur | Fri | Sat |
|------|-----|------|-----|------|-----|-----|
| | | 8:00 to 4:30 | off | 8:00 to 4:30 | 11:30 to 8:00 | 11:30 to 8:00 |

3-01-03

| Mon | Tues | Wed | Thur | Fri | Sat |
|-----|------|-----|------|-----|-----|
| 11:30 to 8:00 | 8:00 to 4:30 | | 11:30 to 8:00 | 11:30 to 8:00 | 11:0 to 3:30 |

3-15

Mon 11:30 to 8:00

Tue 8:00 to 4:30

Wed off

Thur 11:30 to 8:00

Fri 11:30 to 8:00

Sat 7:00 to 3:30

3-22-03

| Day | Hours |
| --- | --- |
| sun | |
| mon | 11:30 to 8:00  collect  off off |
| tues | 8:00 to 4:30 |
| wed | off |
| thur | 11:30 to 8:00 |
| fri | 8:00 to 4:30 |
| sat | 11: to 8:. |

40 hrs.

5-24-05

| Mon | Tues | Wed. | Thur. | Fri. | Sat. |
|------|------|------|-------|------|------|
| 11:30 to 8:00 | 8:00 to 4:30 | off | 11:30 to 8:00 | 11:30 to 8:00 | 3: t 7: |

Mon | 11:30 to 8:00

Tues | 8:00 to 4:30

4-05-03

Wed | off

Thur | 11:30 to 8:00

Fri | 8:00 to 4:30

Sat | 11:30 to 8:00



5-1-03

Mon — 11:30 to 8:00
Tues — off
Wed — 8:00 to 4:30
Thurs — 11:30 to 8:00
Fri. — 11:30 to 8:00
Sat — 11:30 to 8:00

5-24-03

Mon — 11:30 to 8:00   8:00
Tues — 8:00 to 4:30
Wed — off
Thur — 11:30 to 8:00
Fri — 11:30 to 8:00
Sat — 7:00 to 3:30

4-19-03

| Mon | Tue | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|
| 11:30 to 8:00 | 8:00 to 4:30 | off | 11:30 to 8:00 | P.H | 11:30 to 8:00 |

5-10-03

| Mon | Tues | Wed | Thur | Fri | Sa |
|---|---|---|---|---|---|
| 11:30 to 8:00 | off | 8:00 to 4:30 | 10:30 to 7:00 | 11:30 to 8:00 | 7:00 to 3:30 |

Memorial Day

Mon Tues Wed Thur Fri Sat

5-31-03

requested

off

8:00
to
8:30

off

11:30
to
8:00

8:00
to
4:30

11:30
to
8:00

32 hrs.

Had to go to store manager to get 40 hrs.



6-02-03
Mon | Tues | Wed | Thurs | Fri | Sat
11:30
to
8:00

8:00
to
4:30

off

11:30
to
8:00

11:30
to
8:00

7:00
to
3:30

6-21-03
Mon | Tues | Wed | Thurs | Fri | Sat
11:30
to
8:00

8:00
to
4:30

off

11:30
to
8:00

11:30
to
8:00

7:00
to
3:30

DEPARTMENT __Meat__

WORK SCHEDULE

W/E __12-14-02__

| NAME | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | HOURS | $ |
|------|--------|--------|---------|-----------|----------|--------|----------|-------|---|
| Rich Elliott | 7 - 3:30 | 8 VAC | 7:-3:30 | 8 VAC | 7 - 3:30 | 7 - 3:30 | 7 - 3:30 | 24 + 16 VAC | |
| Cheryl Dawson | 8 - 5:30 | 7 - 3:30 | 7 - 3:30 | 7 - 3:30 | 11:30 - | 7 - 3:30 | 7 - 3:30 | 40 + 9 | |
| Russell Helmes | 8 - 4:30 | | 11:30 - 8 | | 8 - 4:30 | P-H | 11:30 - 8 | 32 + 8 + P.H | |
| Gus Machrires | 11:30 - 8 | 11:30 - 8 | 8 - 4:30 | | 8 - 4:30 | 8 - 4:30 | 8 - 4:30 | 40 + 8 | |
| CUTTER | | 8 - 4:30 | | 11:30 - 8 | 11:30 - 8 | 9 - 5:30 | 9 - 5:30 | 40 | |
| CUTTER | | | | 8 - 4:30 | | 8 - 4:30 | | 16 | |
| Shipley Perryman | | 6 - 2:30 | | 7 - 3:30 | 7 - 3:30 | 4 - 8 | 11:30 - 8 | 35 | |
| Judy Enders | | 9:30 - 6 | | VAC | VAC | VAC | VAC | 8 + 4 days VAC. | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| PROJECTED SALES | HOURS | WAGES | AHR | SPEH | | | | | |



40 hrs.

6-28-03

Mon
11:30
to
8:00

Tues
8:00
to
4:30

Wed off

Thur
11:30
to
8:00

Fri
8:00
to
4:30

Sat
11:30
to
8:0



1-04-03

| Mon | Tues | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|
| 11:30 | 11:30 | N.Y. | off | & | 11:30 |
| to | to | | | to | to |
| 8:00 | 8:00 | | | 4:30 | 8:00 |

Changed my schedule because I gave Rich Elliot a schedule on which days my day care would be closed. Day care provider would give a list for the year on which days she would be closed, and he didn't like that.

7-05-03

Mon
11:30
+ to
8:00

Tue
8:00
+ to
4:30

Wed
off

Thur
8:00
+ to
4:30

Fri's
11

Mon
11:30
+ to
8:00

Tue
8:00
+ to
4:30

Wed
off

7-12-03

Thur.
11:30
+ to
8:00

Fri.
11:30
+ to
8:00





7-14-03

Mon
11:30
to
8:00

Tues
8:00
to
4:30

Wed
off

Thur
off

Fri
8:00
to
4:30

Sat
11:30
to
8:00

32 hrs

7-19-03

Mon
11:30
to
8:00

Tues
8:00
to
4:30

Wed
off

Thur
11:30
to
8:00

Fri
8:00
to
4:30

Sat
11:30
to
8:00

8-09-03

| Mon | Tues | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|
| 11:30 to 8:00 | 8:00 to 4:30 | ~~off~~ | 11:30 to 8:00 | 8:00 to 4:30 | 11:30 to 8:00 |
| | | | wed 11:30 to 8:00 | 8:00 to 4:30 | 11:30 to 8:00 |
| | | | wed 7:00 to 3:30 | | |

Rich changed it
because I requested
it. Aug. 16th Day shift and
Sat. Aug. 23rd. Day shift because
my kids B days are Aug. 14th (
Aug. 24th and I need off
on Aug. 17 and Aug. 24th
Aug. 24th since working Sundays since I came
I haven't been working
back from Hampton my baby.



All this work
Due next WK

7-26-03

| Mon | Tues | Wed | Thur. | Fri | Sat |
|---|---|---|---|---|---|
| 11:30 to 8:00 | 8:00 to 4:30 | off | 8:00 to 4:30 | 11:30 to 8:00 | 7:00 to 3:30 |

work
This Day only because Rich
is on vac. Cheryl works

used
night Wed. 11:30 To 8:00, my day off so cheverd
has off Tues. Works Wed. 7:00 to 3:30
Thur. 11:30 to 8:00

8-02-03

| mon | Tues | wed | Thur | Fri | Sat |
|---|---|---|---|---|---|
| 11:30 | 8:00 | off | 11:30 | 8:00 | 11:30 |
| to | to | | to | to | to |
| 8:00 | 4:30 | | 8:00 | 4:30 | 8:00 |

start Aug 10
to
Aug 16 Mon off
Tues 8:30
Wed 8:00 to 4:30
Thur 8:30 to 5:00
Fri 8:00 to 4:30
Sat 8:00 to 4:30

marsh Road

#562 O'Raymond
Scottsdale West Ending 8-23-03

Vickie Thomas / Maria Cruz   PSO41
Schedule To: Abby Inghart
Schedule. Work Schedule

| Name | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Hours | |
|------|--------|--------|---------|-----------|----------|--------|----------|-------|---|
| Abby Enrides | | 11-8 X nc | | 8-4:30 X nc | 4-8 4 | 8-12 4 | 7-1 6 | 30 | |

**Work Schedule**
Week Ending 9-13-03

**PS041**

| Name | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Hours |
|------|--------|--------|---------|-----------|----------|--------|----------|-------|
| Richard Elliott | 5-5:30 | 7-3:30 | | 7-3:30 | | 7-3:30 | 40+12 | |
| Cheryl Dowson | 8-5:30 | 7-3:30 | 7-3:30 | 7-3:30 | | VAC DAY | 24+16 VAC +8 | 24+16 VAC +8 |
| Joe Steck | | 11:30-8 | 11:30-8 | 7-3:30 | 7-3:30 | 7-3:30 | 40 | 40 |
| Joe McFarland | 6:30-7 | 11:30-8 | 11:30-8 | 11:30-8 | | 7-3:30 24+12 | 24 | 24 |
| Cutter Howard Dean | 11:30-8 | | | | 7-3:30 | | 8-4:30 | |
| Cutter Dick Hoffman | | | | | | | 11:30-8 | 40 |
| Vicki McWilliams | | | 7-3:30 | 7-3:30 | 8-4:30 | 11:30-8 | 11:30-8 | |
| Vince Frinno | | 1 | | | | 11:30-8 | 24 | 8 |
| Michael McLarina | | 8-4:30 | | | | | 8 | |

247

## Work Schedule
### Week Ending 9-20-03

| Name | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Hours |
|---|---|---|---|---|---|---|---|---|
| Richard Elliott | 5-5:30 | 7-3:30 | | | 11:30—8 | 7-3:30 | 7-3 | 32+8 |
| Cheryl Dawson | | 7-3:30 | 7-3:30 | 8 hrs vac/pol | 7-3:30 | 11:30—8 | 7-3:30 | 40 |
| Joe Steck | | | 11:30—8 | 7-3:30 | 7-3:30 | 11:30—8 | | 40 |
| Joe McFarland | 6:30-7 | | | | | | 10 | |
| Russell Holmes | | 8-4:30 | | | | | | 20 |
| Cutler Mike Moriara | | | | | 8-4:30 | 8-4:30 | | 8 |
| Cutler Vince Fenimo | | 11:30—8 | | 8-4:30 | | | | 8 |
| Cutler Dominik | | | | | | | | |
| Vicki McWilliams | 8-5:30 | 7-3:30 | 7-3:30 | | 7-3:30 | 11:30—8 | 11:30—8 | 40+9 |
| Cutler Mario | | | | | | | 7-3:30 | 24/ HRS |
| Bob Palmieri | | | | | | | 11:30—8 | 8 |

PS041

**Work Schedule**
Week Ending 9-27-03

PSO41

| Name | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Hours | $ |
|---|---|---|---|---|---|---|---|---|---|
| Rich Elliott | 5-7:30 | 7-3:30 | — | 7-3:30 | 11:30-8 | 7-3:30 | 7-3:30 | 40+12 | |
| Cheryl Dawson | | 7-3:30 | 7-3:30 | 11:30-8 | 7-3:30 | 7-3:30 | 7-3:30 | 40+9 | |
| Joe Steck | 6:45-5:15 | | 11:30-8 | 7-3:30 | 7-3:30 | 7-3:30 | 11:30-8 | 40 | |
| Joe McFarland | 6:45-5:15 | 11:30-8 | | 11:30-8 | 11:30-8 | 11:30-8 | 11:30-8 | 40 | |
| Cutter | | | | 8-4:30 | 8-4:30 | | | | |
| Russell Helms | | | 8-4:30 | | 8-4:30 | 8-4:30 | | | |
| Vicki McWilliams | 11:30-8 | 7-3:30 | 8-4:30 | 7-3:30 | 7-3:30 | | | 40 | |
| Judy Collins | | 11-3 | | | | 8-4:3 | 8-4:30 | 20 | |
| Wrap PPPC | | 7-11 | | 8-12 | 3-7 | | 233 HRS 2-3:30 | 20 | |

**Work Schedule**
Week Ending 12-13-03

**PS041**

| Name | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Hours | $ |
|---|---|---|---|---|---|---|---|---|---|
| Richard Elliott | 5-5:30 | 7-3:30 | | | | 7-3:30 | 7-3:30 | 40+12 | |
| Cheryl Dawson | | 7-3:30 | 7-3:30 | 11:30-8 | 11:30-8 | 7-3:30 | 7-3:30 | 40 | |
| Joe Steck | | M | C | M | T | O | M | 24+12 | |
| Joe McFarland | 6:30-7 | 11:30-8 | | 7-3:30 | 7-3:30 | 7-3:30 | 40 | |
| Ray Rodgers | | 11:30-8 | 8-4:30 | 8-4:30 | 10:30-7 | 11:30-8 | 40 | |
| Cutter (Gus) | | | | | | 11:30-8 | | | |
| Cutter (Helen) | | | 8-4:30 | | | | 8 | | |
| Nick McWilliams | 7-3:30 | 7-3:30 | | 7-3:30 | 7-3:30 | 11:30-8 | 40 | |
| Troy Collins | 8-5:30 | 11:30-8 | | 7-3:30 | 11:30-8 | 7-3:30 | 40 | |