IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JUDY ENDERS/MADEN,                    :
                                      :
        Plaintiff,                    :
                                      :
    v.                                :    Civil Action No. 05-669-JJF
                                      :
SUPER FRESH,                          :
                                      :
        Defendant.                    :

### ORDER

WHEREAS, on November 28, 2006, Plaintiff filed a Motion For Reconsideration (D.I. 38) of the Court's Order denying Plaintiff's Motion For Appointment Of Counsel (D.I. 33);

WHEREAS, the purpose of granting a motion for reconsideration is to correct manifest errors of law or fact, present newly discovered evidence, or to prevent manifest injustice. Harsco Corp. v. Zlotnicky, 176 F.3d 669, 677 (3d Cir. 1999); North River Ins. Co. v. CIGNA Reins., 52 F.3d 1194, 1218 (3d Cir. 1995);

WHEREAS, Plaintiff has not identified an error of law or fact, newly discovered evidence, or manifest injustice sufficient to allow the Court to grant the motion for reconsideration;

WHEREAS, because the Court has very limited authority concerning "appointment" of counsel, and in fact, by statute the Court may only "request" an attorney to represent a party (28 U.S.C. § 1915(e)(1) (providing that "[t]he court may request an attorney to represent any person unable to afford counsel"); Montgomery v. Pinchak, 294 F.3d 492, 498 (3d Cir. 2002));

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion For Reconsideration (D.I. 38) is **DENIED**.

December 26, 2006

_____
UNITED STATES DISTRICT JUDGE