IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JUDY ENDERS/MADEN

        PLAINTIFF,

                              CIVIL ACTION NO. 05-669-JJF

V.

SUPER FRESH,

        DEFENDANT,

    I AM WRITING THIS LETTER TO ASK THE COURT TO PLEASE RECONSIDER A COURT APPOINTED COUNCIL. I FEEL THAT MY EVIDENCE ATTACHED TO THIS LETTER WHICH WILL SHOW AN ERRORS OF LAW OR FACT, NEWLY DISCOVERED EVIDENCE, OR MAINFEST INJSUTICE SUFFICIENT TO ALLOW THE COURT TO GRANT THE MOTION FOR RECONSIDERATION.

    THE DEFENDANT HAS ADMITTED GUILT BY OFFERING RESTIITION, IN AN UNACCEPTABLE SUM OF $500.00. IT IS SUPER FRESHES, BLANTANT DISREGARD FOR THE LAW THAT HAS MADE ME INDGENT. THEREFORE, IT IS MY FEELING THAT SUPER FRESH, SHOULD BE ORDERED TO PAY MY ATTORNEY FEES.

JAN. 6TH 2006



JUDY ENDERS MADEN

*Judy Enders/Maden*

In The United States District Court
For The District Of Delaware

Judy Enders/maden
asking for reconsidering of a court appointed council.
 Plaintiff

V.

SuperFresh
Defendant

C.A. No.
05-669-JJF

## Notice of Service

I hereby certify that I sent copies to the defendants council Jan 8, 07 to the following attorney

Margaret M. Dibianca
Young Conaway Stragatt and Taylor LLP.
The Brandywine Building
1000 West Street 17th Floor
Wilm. De 19801