IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-669-JJF |
| | ) |
| SUPER FRESH, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DEPOSITION**

TO:   Judy Enders/Maden
1 Laurel Avenue
Wilmington, DE 19809

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Judy Enders/Maden on Friday, January 19, 2007 at 9:30 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
_____
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

OF COUNSEL:

John P. Barry, Esquire
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, NJ 07102-5211
Telephone: (973) 274-6031
Facsimile: (973) 274-3299
Email: jbarry@proskauer.com
Admitted Pro Hac Vice
Attorneys for Defendant

Dated: January 10, 2007

DB02:5603312.1

064808.1002

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2007, I electronically filed a true and correct copy of foregoing Notice of Service with the Clerk of the Court using CM/ECF. I further certify that on January 10, 2007, I caused to be served two (2) true and correct copies of the foregoing *Notice of Deposition* on the following non-registered participant via postage prepaid, First Class Certified U.S. Mail/Return Receipt Requested and by Federal Express Mail:

>Judy Enders/Maden
>1 Laurel Avenue
>Wilmington, DE 19809

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Margaret M. DiBianca
>———————————————————
>Sheldon N. Sandler, Esquire (No. 245)
>Margaret M. DiBianca, Esquire (No. 4539)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-5008
>Facsimile: (302) 576-3476
>Email: mdibianca@ycst.com
>Attorneys for Defendant

>OF COUNSEL:

>John P. Barry, Esquire
>Proskauer Rose LLP
>One Newark Center, 18th Floor
>Newark, NJ 07102-5211
>Telephone: (973) 274-6031
>Facsimile: (973) 274-3299
>Email: jbarry@proskauer.com
>Admitted Pro Hac Vice
>Attorneys for Defendant

DATED: January 10, 2007