IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-669 (JJF) |
| | ) | |
| SUPER FRESH, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

WHEREFORE, Defendant Super Fresh by and through its undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for the entry of an Order granting Summary Judgment. The grounds for this Motion are set forth more fully in Defendant's Opening Brief in Support of Its Motion for Summary Judgment, filed contemporaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19801-0391
Telephone: (302) 571-5008
Facsimile : (302) 576-3476
wbowser@ycst.com; mdibianca@ycst.com
Attorneys for Defendants

[continued on next page]

        **OF COUNSEL**
PROSKAUER ROSE LLP
John P. Barry, Esq. (JPB-6489)
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
973.274.3299
jbarry@prosauker.com
Attorneys for Defendant
Admitted *Pro Hac Vice*

DATED:        February 15, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-669-JJF |
| | ) | |
| SUPER FRESH, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, Esq., hereby certify that on **February 15, 2007**, I electronically filed a true and correct copy of the foregoing **Defendant's Motion for Summary Judgment and Opening Brief in Support thereof** with the Clerk of the Court using CM/ECF and that I caused a true and correct copy of same to be served on the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

> Judy Enders/Maden
> 1 Laurel Ave.
> Wilmington, DE 19809

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Margaret M. DiBianca
> _____
> William W. Bowser, Esquire (Bar I.D. 2239)
> Margaret M. DiBianca, Esquire (Bar I.D. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, Delaware 19801-0391
> Telephone: (302) 571-5008
> Facsimile : (302) 576-3476
> wbowser@ycst.com; mdibianca@ycst.com
> Attorneys for Defendants

DATED: February 15, 2007