IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JUDY ENDERS/MADEN,                :
                                  :
        Plaintiff,                :
                                  :
    v.                            :   Civil Action No. 05-669-JJF
                                  :
SUPER FRESH,                      :
                                  :
        Defendant.                :

## ORDER

WHEREAS, on February 15, 2007, Defendant filed a Motion For Summary Judgment (D.I. 43);

WHEREAS, Plaintiff's Answering Brief to the Motion For Summary Judgment was due March 5, 2007;

WHEREAS, to date, Plaintiff has failed to file an Answering Brief to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief to the Motion **no later than Wednesday, March 14, 2007.** If Defendant fails to file a response, the Court will decide the Motion on the papers submitted.

IT IS FURTHER ORDERED that Defendant shall file a Reply Brief, if any, **no later than Tuesday, March 20, 2007.**

March 8, 2007

_____
UNITED STATES DISTRICT JUDGE