# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | JANET Z. CHARLTON | | JOSEPH M. BARRY | MATTHEW B. LUNN |
| SHELDON N. SANDLER | ROBERT S. BRADY | | SEAN M. BEACH | JOSEPH A. MALFITANO |
| RICHARD A. LEVINE | JOEL A. WAITE | | SANJAY BHATNAGAR | ADRIA B. MARTINELLI |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | | DONALD J. BOWMAN, JR. | MICHAEL W. MCDERMOTT |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | | JEFFREY T. CASTELLANO | TAMMY L. MERCER |
| RICHARD H. MORSE | CRAIG D. GREAR | | KARA HAMMOND COYLE | MARIBETH L. MINELLA |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | | KRISTEN SALVATORE DEPALMA | EDMON L. MORTON |
| JOSEPH M. NICHOLSON | MARTIN S. LESSNER | | MARGARET M. DIBIANCA | D. FON MUTTAMARA-WALKER |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | | MARY F. DUGAN | JENNIFER R. NOEL |
| BARRY M. WILLOUGHBY | C. BARR FLINN | | ERIN EDWARDS | ADAM W. POFF |
| JOSY W. INGERSOLL | NATALIE WOLF | | KENNETH J. ENOS | SETH J. REIDENBERG |
| ANTHONY G. FLYNN | LISA B. GOODMAN | | IAN S. FREDERICKS | SARA BETH A. REYBURN |
| JEROME K. GROSSMAN | JOHN W. SHAW | | JAMES J. GALLAGHER | CHERYL A. SANTANIELLO |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | | SEAN T. GREECHER | (NJ & PA ONLY) |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | | DAWN M. JONES | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | | KAREN E. KELLER | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | ROLIN P. BISSELL | | JENNIFER M. KINKUS | CHAD S.C. STOVER |
| BRUCE L. SILVERSTEIN | SCOTT A. HOLT | | EDWARD J. KOSMOWSKI | JOHN E. TRACEY |
| WILLIAM W. BOWSER | JOHN T. DORSEY | | JOHN C. KUFFEL | TRAVIS N. TURNER |
| LARRY J. TARABICOS | M. BLAKE CLEARY | | KAREN LANTZ | MARGARET B. WHITEMAN |
| RICHARD A. DILIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | | TIMOTHY E. LENGKEEK | SHARON M. ZIEG |
| MELANIE K. SHARP | DANIELLE GIBBS | | ANDREW A. LUNDGREN | |
| CASSANDRA F. ROBERTS | JOHN J. PASCHETTO | | | SENIOR COUNSEL |
| RICHARD J.A. POPPER | NORMAN M. POWELL | | SPECIAL COUNSEL | CURTIS J. CROWTHER |
| TERESA A. CHEEK | ELENA C. NORMAN | | JOHN D. MCLAUGHLIN, JR. | |
| NEILLI MULLEN WALSH | | | KAREN L. PASCALE | OF COUNSEL |
| | | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 571-5008
DIRECT FAX: 576-3476
mdibianca@ycst.com

March 21, 2007

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
Lockbox 27
Wilmington, DE 19801

      Re:    *Enders/Maden v. Super Fresh*, C.A. 05-669-JJF

Dear Judge Farnan:

      On March 8, 2007, Your Honor issued an Order in the above-referenced matter regarding the current summary judgment briefing schedule. (D.I. 45). Defendant Super Fresh submitted its Motion for Summary Judgment and supporting Opening Brief on February 15, 2007. (D.I. 43, 44). Plaintiff's Answering Brief was due by March 5, 2007. (D.I. 40).

      Plaintiff failed to file a response by this date. Your Honor ordered Plaintiff to submit a response, if any, on or before March 14, 2007. (D.I. 45). That deadline has passed without any submissions by Plaintiff.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Joseph J. Farnan, Jr.
March 21, 2007
Page 2

      On March 12, 2007, Defendant submitted a request via letter in which it asked the Court to postpone the pretrial hearing currently scheduled for April 3, 2007. (D.I. 46). Due to the limited time available for the parties to confer and prepare their pretrial submissions, Defendant now respectfully resubmits this request and asks the Court to consider delaying the pretrial hearing until Your Honor has had an opportunity to decide the pending Motion for Summary Judgment.

                                                            Respectfully submitted,

                                                             Margaret M. DiBianca

MMD:y

cc:    Judy Enders/Maden