IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-669-JJF |
| | ) | |
| SUPER FRESH, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on **March 21, 2007**, I electronically filed a true and correct copy of the **Defendants' Letter to the Court Resubmitting Their Request for Pretrial Postponement** with the Clerk of the Court using CM/ECF.

I further certify that on **March 21, 2007,** I served a copy of **Defendants' Letter to the Court Resubmitting Their Request for Pretrial Postponement, and this Certificate of Service** on the following non-registered participant via Certified Mail – Return Receipt Requested and by United States Postal Service:

> Judy Enders-Maden
> 1 Laurel Avenue
> Wilmington, Delaware 19809

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca, Esq.
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6601, 571-5008
Facsimile :  (302) 576-3282, 576-3476
Email:  wbowser@ycst.com; mdibianca@ycst.com

Dated:  March 21, 2007