3/27/07

RECEIVED
APR 03 2007

Enders/Maden v. SuperFresh, C.A.-
05-669-JJF

The Honorable Joseph J. Farnan, Jr.

I don't know what they mean by answering Brief that was due by March 5, 07. I have no knowledge of this stuff, I have no education, no money. I am not aloud to have anyone help me, so how am I supposed to know what to do, I need a court appointed lawyer to help me. I want Rich Elliots personal files including all displinary actions, all schedules and time records. Also addresses of people I want spoenaed, but I don't know how to go about getting all that.

Judy Enders/Maden

WILMINGTON DE 197

29 MAR 2007 PM 2 T



Honorable Joseph J. Farnan, Jr.
United States District Court
44 N. King Street, Lock box 18
Wilm, Del. 19801

19801+3515