RECEIVED
AUG 13 2007

Aug. 13, 07

Dear, Joseph J. Farnan jr.,

I called John Barry and asked him to call Super Fresh, and ask them if I can have my job back and I would drop the case. John Barry told me that if I lost the case, I would be responcible for Super Fresh's lawyers fees. All I want is my job back and Rich Elliot transfer to another store, the man that hatrased me, and caused me to go out on stress and ~~anxi~~ anxity leave. I never heard from John Barry, I called him several times after I called him to see if he called Super-Fresh, he would call and leave a message on the answer-machine that he was returning my call, and not what I wanted to know. I am on medicade, and foodstamps, and have no money coming in. My dad passed away Friday July the 13th 07. Now I have to

worry about paying my bills on my own. I don't think my health will handle a trial espically without legal defence, I can't afford a lawyer. I have high Blood pressure and (anxiety and depression,) caused by the job and other things because I don't have my job. I have a doct. appointment on Aug 13, 07 with a new sort.. I went int detox on July 25, 07, haven't drank since. My nevers are getting worse working about bills, kids B. days., Holiday and not having any money, I would not be going thru this if I had my job, if I wasn't harrased By Rich Ellio I know it isn't the alcts use causing it which Johs Barry thinks. I am waking up throwing up again worring about not having any money because I don't have my job. I would not have these problems if I was still working at Super Fresh, I been

there for five years, until I got married and had a baby and the harassment started.

Judy Enders/Maden
1 Laurel ave.
Wilm. Del. 19809
302-791-9467

Judy Enders/Maden
vs.
Super Fresh
case # 1:05-CV-669

sent a copy to
John Barry - Super Fresh's Lawyers

Sheryl R. Martin
Super-Fresh

Judy Enders/ maiden
1 Laurel ave,
Wilm. De. 19809

Joseph J. Foreman Jr.
office of the clerk
U.S. District court
844 N. King st. Lockbox 18
Wilm. De. 19801-3570

WILMINGTON DE 197
09 AUG 2007 PM 1