IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-669-JJF |
| | ) | |
| SUPER FRESH, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I, Margaret M. DiBianca, hereby certify that on October 12, 2007, I electronically filed a true and correct copy of the foregoing ***Notice of Service of Defendant's Letter Responses to Plaintiff's Requests for Additional Information*** with the Clerk of the Court using CM/ECF. I further certify that on October 12, 2007, I caused to be served two (2) true and correct copies of the foregoing ***Letter Responses to Plaintiff's Requests for Additional Information*** on the following non-registered participant via Federal Express and also by postage prepaid, U.S. Mail:

Judy Enders/Maden
1 Laurel Ave.
Wilmington, DE 19809

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 5008
Facsimile : (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com

[continued next page]

**OF COUNSEL**
PROSKAUER ROSE LLP
John P. Barry, Esq. (JPB-6489)
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
973.274.3299
jbarry@prosauker.com
Attorneys for Defendant

DATED: October 12, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JUDY ENDERS/MADEN, )
 )
Plaintiff, )
v. ) C.A. No. 05-669-JJF
 )
SUPER FRESH, )
 )
Defendant. )

**CERTIFICATE OF SERVICE**

I, Margaret M. DiBianca, hereby certify that on October 12, 2007, I electronically filed a true and correct copy of the foregoing ***Notice of Service of Defendant's Letter Responses to Plaintiff's Requests for Additional Information*** with the Clerk of the Court using CM/ECF. I further certify that on October 12, 2007, I caused to be served two (2) true and correct copies of the foregoing ***Letter Responses to Plaintiff's Requests for Additional Information*** on the following non-registered participant via Federal Express, and also by postage prepaid, U.S. Mail:

Judy Enders/Maden
1 Laurel Ave.
Wilmington, DE 19809

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 5008
Facsimile : (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com

[continued next page]

**OF COUNSEL**
PROSKAUER ROSE LLP
John P. Barry, Esq. (JPB-6489)
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
973.274.3299
jbarry@prosauker.com
Attorneys for Defendant

DATED: October 12, 2007