10/10/07

C.A. No. 05-669-JJF

Judy Enders-Maden
v.s.
SuperFresh

The Honorable Joseph J. Farnan Jr.

Here is a copy of what I sent John Barry.

The names of persons for whom I seek contact info.

Sue Lindsay
Shirley Perryman
Tracy Masserilli
Beverly Simpson
Judy Cardena
Vicki McWilliams
Sam (meat cutter)
Carl (meat manager) Marsh Rd.
Maria Bruce

FILED
OCT 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
PO scanned

2. The names of persons for whom I would like schedules and time records and time period during I would like them.

Cheryl Dawson - Shirley Perryman
Judy Enders 11-16-02 to 8-18-03

Judy Enders



J Enders/maden
1 Laurel Ave
wilm, De. 19809

The Honorable Joseph J Farman Jr.
office of the clerk
U.S. District court
844 N. King Street lock box 18
Wilm., De. 19801-3570