10/23/0[?]

RECEIVED
NOV 29 2007

Joseph J. Farnan, Jr.

Judy Enders/maden

   V                Civil Action No.
                    05-669-JJF
Super Fresh

Super Fresh's lawyers are deliberatly withholding information that is relevant to the case!

1) Schedules (They produced one schedule for 2-23-03 with just my name on it.

2) Contact information (people I want contact with they say is irrelevant to the case, then they give me 11 pages of contact that is irrelevant to the case. The people I want contact with is relevant to the case.

Sue Lindsay
Tracy Masterilli
Shirley Perryman
Maria Brice
Judy Lardena
Vicki McWilliams

Marsh Rd. (Beverly Simpson
Sam - meat cutter
Carl - meat manager)

Without that I have no chance. If I had a lawyer they wouldn't be able to do this to me!

And by the way what right do they have giving me 86 peoples names and social security numbers?

How do I know they didn't give my S.S. # to somebody else.

Judy Enders/Maden

I would send you proof that they gave me 86 people's names and social security numbers but I feel I would be doing the same thing they did, but if I have to, I can produce them.

Judy Enders/Mader



Judy Enders/maden
1 Laurel Ave.
Wilm. De. 19809

Joseph J. Farman, Jr.
United States District court
844 N. King Street, Lock box 18
Wilm., De.
19801-3570