OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 30, 2007

Judy Enders/Maden
1 Laurel Avenue
Wilmington, DE 19809

> **RE: Letter Received dated 10/23/07**
> CA 05-669 *** <u>Enders/Maden v. Superfresh</u>

Dear Ms. Enders/Maden:

This office is in receipt of the above-referenced letter.

The letter you submitted for filing does <u>not</u> conform to Rule 5 of the Federal Rules of Civil Procedure and L.R. 5.2(b) of the District Court's Local Rules.

In order for your documents to be acceptable for filing, **_you must serve a copy upon all other counsel of record_**. Service must be indicated on your letter, or by a Certificate of Service, attached to the back of your letter.

A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 30, 2007

Judy Enders/Maden
1 Laurel Avenue
Wilmington, DE 19809

      **RE:  Letter Received dated 10/23/07**
           CA 05-669 *** Enders/Maden v. Superfresh

Dear Ms. Enders/Maden:

    This office is in receipt of the above-referenced letter.

    The letter you submitted for filing does not conform to Rule 5 of the Federal Rules of Civil Procedure and L.R. 5.2(b) of the District Court's Local Rules.

    In order for your documents to be acceptable for filing, ***you must serve a copy upon all other counsel of record***.  Service must be indicated on your letter, or by a Certificate of Service, attached to the back of your letter.

    A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

                Sincerely,

/rwc                   PETER T. DALLEO
                       CLERK

cc:  The Honorable Joseph J. Farnan, Jr.