IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-669-JJF |
| | ) |
| SUPER FRESH, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING OF DISCOVERY RESPONSES**
**PURSUANT TO LOCAL RULE 5.4(a)**

Defendant Super Fresh, by and through its undersigned counsel, hereby submits this notice of filing of discovery in the above action. In accordance with Local Rule 5.4(a), Defendant has filed the discovery responses because the plaintiff in this action, Judy Enders/Maden, is appearing *pro se*.

The undersigned certifies that, on December 5, 2007, copies of documents responsive to Plaintiff's requests for production, which Plaintiff propounded by letter, were caused to be served on Plaintiff by U.S. Mail, Return Receipt Requested, at the following address: Judy Enders/Maden, 1 Laurel Avenue, Wilmington, Delaware 19809.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca, Esq.
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 571-5008
Facsimile : (302) 576-3282, 576-3476
E-mail: wbowser@ycst.com; mdibianca@ycst.com

[Signature is continued on the next page]

OF COUNSEL
John P. Barry, Esquire
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, NJ  07102-5211
Telephone: (973) 274-6031
Facsimile: (973) 274-3299
E-mail:  jbarry@proskauer.com
Admitted *Pro Hac Vice*

*Attorneys for Defendant*

DATED:  December 5, 2007