BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEW YORK
PARIS
SÃO PAULO
WASHINGTON

One Newark Center
Newark, NJ  07102-5211
Telephone 973.274.3200
or 212.736.8185
Fax 973.274.3299

## PROSKAUER ROSE LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP
Marvin M. Goldstein, Managing Resident Partner

**John P. Barry**
Member of the Firm

Direct Dial 973.274.6081
jbarry@proskauer.com

December 5, 2007

**VIA REGULAR AND CERTIFIED MAIL**

Judy Ann Enders/Maden
One Laurel Avenue
Wilmington, DE 19809

Re:    Enders/Maden v. Super Fresh Food Markets, Inc.

Dear Ms. Enders/Maden:

I am writing in response to your October 23, 2007, letter to the Honorable Joseph J. Farnan, which this office received on November 29, 2007.  Reference is made to my letters of November 7, 2007, October 12, 2007 and October 1, 2007, all of which pertain to your most recent discovery request.  In addition thereto, Super Fresh responds as follows:

1. Super Fresh conducted a diligent inquiry for the work schedules over the specified time period and for specified employees which you requested, but it was not able to locate additional work schedules.  However, Super Fresh was able to obtain a "Weekly Hours Report" which sets forth the number of hours which each employee worked during the weeks which you specified.  A copy of these reports is enclosed bearing stamp numbers EM0411-EM0437.

2. The last known contact information possessed by Super Fresh concerning the individuals identified in your letter is as follows:  Sue Lindsey, 3054 Monticello Dr., Falls Church, VA 22042;  Tracey Masserilli, Not found; Shirley Perryman, 1634 Ward St., Marcus Hook, PA 19061;  Maria Bruce, 2403 Lamotte Street, Wilmington, DE 19802; Judy Lardena, Not Found;  Vicki McWilliams, 168 Barnsley Rd., Oxford, PA 19363.

PROSKAUER ROSE LLP

Judy Enders/Maden
December 5, 2007
Page 2


In light of the foregoing, Super Fresh respectfully submits that it has fully complied your discovery requests.

Very truly yours,

/s/ John P. Barry

John P. Barry


JPB/

Enclosures

# Employee Hours Dollars- Period Specific

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| **11/2/02** | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.23 | $6.69 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 39.95 | $775.03 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 6.53 | $190.02 |
| Summary for 'PayEndDate' = 11/2/02 (3 detail records) | | | | | | |
| Sum | | | | | 46.71 | $971.74 |
| | | | | | | |
| **11/9/02** | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.23 | $6.69 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| Summary for 'PayEndDate' = 11/9/02 (2 detail records) | | | | | | |
| Sum | | | | | 40.23 | $782.69 |
| | | | | | | |
| **11/16/02** | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9.01 | $262.19 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.4 | $11.64 |
| Summary for 'PayEndDate' = 11/16/02 (3 detail records) | | | | | | |
| Sum | | | | | 49.41 | $1,049.83 |
| | | | | | | |
| **11/23/02** | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 28.8 | $558.72 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 11.2 | $231.28 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.55 | $16.01 |
| Summary for 'PayEndDate' = 11/23/02 (3 detail records) | | | | | | |
| Sum | | | | | 40.55 | $806.01 |
| | | | | | | |
| **11/30/02** | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | R15 | 4.1 | $119.31 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | PER | 8 | $155.20 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.53 | $15.42 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | HOL | 8 | $155.20 |

EM 0411

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 24 | $465.60 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9.38 | $272.96 |

Summary for 'PayEndDate' = 11/30/02 (6 detail records)
Sum                                                                                54.01    $1,183.69

| 12/7/02 | | | | | | |
|---|---|---|---|---|---|---|
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.35 | $10.19 |

Summary for 'PayEndDate' = 12/7/02 (2 detail records)
Sum                                                                                40.35    $786.19

| 12/14/02 | | | | | | |
|---|---|---|---|---|---|---|
| | | DAWSON, CHERYL | 68-22-6-562-4321 | WTT | 1 | $19.40 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9.03 | $262.77 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 39.03 | $757.18 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.57 | $16.59 |

Summary for 'PayEndDate' = 12/14/02 (4 detail records)
Sum                                                                                49.63    $1,055.94

| 12/21/02 | | | | | | |
|---|---|---|---|---|---|---|
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 23.96 | $464.82 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9.08 | $264.23 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.33 | $9.60 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | VAC | 16 | $310.40 |

Summary for 'PayEndDate' = 12/21/02 (4 detail records)
Sum                                                                                49.37    $1,049.05

| 12/28/02 | | | | | | |
|---|---|---|---|---|---|---|
| | | DAWSON, CHERYL | 68-22-6-562-4321 | VAC | 16 | $310.40 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 16 | $310.40 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.35 | $10.19 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | HOL | 8 | $155.20 |

**Page 2 of 10**

EM 0412

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| **Summary for 'PayEndDate' = 12/28/02 (4 detail records)** | | | | | | |
| Sum | | | | | 40.35 | $786.19 |
| | | | | | | |
| **1/4/03** | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | WTT | 1 | $19.40 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.36 | $10.48 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 31.06 | $602.57 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | HOL | 8 | $155.20 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | R15 | 6.2 | $180.42 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9 | $261.90 |
| **Summary for 'PayEndDate' = 1/4/03 (6 detail records)** | | | | | | |
| Sum | | | | | 55.62 | $1,229.97 |
| | | | | | | |
| **1/11/03** | | | | | | |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.25 | $7.28 |
| **Summary for 'PayEndDate' = 1/11/03 (2 detail records)** | | | | | | |
| Sum | | | | | 40.25 | $783.28 |
| | | | | | | |
| **1/18/03** | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.36 | $10.48 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9 | $261.90 |
| **Summary for 'PayEndDate' = 1/18/03 (3 detail records)** | | | | | | |
| Sum | | | | | 49.36 | $1,048.38 |
| | | | | | | |
| **1/25/03** | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | PER | 8 | $155.20 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 1.16 | $33.76 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9 | $261.90 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 32 | $620.80 |
| **Summary for 'PayEndDate' = 1/25/03 (4 detail records)** | | | | | | |
| Sum | | | | | 50.16 | $1,071.66 |

**Page 3 of 10**

EM 0413

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| 2/1/03 | | | | | | |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 39.91 | $774.26 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.23 | $6.70 |
| Summary for 'PayEndDate' = 2/1/03 (2 detail records) Sum | | | | | 40.14 | $780.96 |
| | | | | | | |
| 2/8/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 39.05 | $757.57 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 1.75 | $50.93 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | WTT | 1 | $19.40 |
| Summary for 'PayEndDate' = 2/8/03 (3 detail records) Sum | | | | | 41.8 | $827.90 |
| | | | | | | |
| 2/15/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 42.55 | $825.47 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 4.75 | $138.23 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | WTT | 1 | $19.40 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9 | $261.90 |
| Summary for 'PayEndDate' = 2/15/03 (4 detail records) Sum | | | | | 57.3 | $1,245.00 |
| | | | | | | |
| 2/22/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 10.26 | $298.57 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 1.13 | $32.89 |
| Summary for 'PayEndDate' = 2/22/03 (3 detail records) Sum | | | | | 51.39 | $1,107.46 |
| | | | | | | |
| 3/1/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 24 | $465.60 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9.11 | $265.11 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | PER | 8 | $155.20 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.04 | $1.17 |

Page 4 of 10

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| Summary for 'PayEndDate' = 3/1/03 (4 detail records) | | | | | | |
| Sum | | | | | 41.15 | $887.08 |
| | | | | | | |
| 3/8/03 | | | | | | |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | VAC | 40 | $776.00 |
| Summary for 'PayEndDate' = 3/8/03 (1 detail record) | | | | | | |
| Sum | | | | | 40 | $776.00 |
| | | | | | | |
| 3/15/03 | | | | | | |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 2.38 | $69.26 |
| Summary for 'PayEndDate' = 3/15/03 (2 detail records) | | | | | | |
| Sum | | | | | 42.38 | $845.26 |
| | | | | | | |
| 3/22/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9.03 | $262.78 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 39 | $756.60 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 1.27 | $36.96 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | WTT | 1 | $19.40 |
| Summary for 'PayEndDate' = 3/22/03 (4 detail records) | | | | | | |
| Sum | | | | | 50.3 | $1,075.74 |
| | | | | | | |
| 3/29/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $826.00 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.15 | $4.65 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 7 | $216.83 |
| Summary for 'PayEndDate' = 3/29/03 (3 detail records) | | | | | | |
| Sum | | | | | 47.15 | $1,047.48 |
| | | | | | | |
| 4/5/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9 | $261.90 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.1 | $2.91 |

Page 5 of 10

EM 0415

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| Summary for 'PayEndDate' = 4/5/03 (3 detail records) | | | | | | |
| Sum | | | | | 49.1 | $1,040.81 |
| | | | | | | |
| 4/12/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 10.5 | $305.55 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | WTT | 1 | $19.40 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 39.03 | $757.19 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 2.06 | $59.95 |
| Summary for 'PayEndDate' = 4/12/03 (4 detail records) | | | | | | |
| Sum | | | | | 52.59 | $1,142.09 |
| | | | | | | |
| 4/19/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.82 | $23.87 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9.11 | $265.11 |
| Summary for 'PayEndDate' = 4/19/03 (3 detail records) | | | | | | |
| Sum | | | | | 49.93 | $1,064.98 |
| | | | | | | |
| 4/26/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.05 | $1.46 |
| Summary for 'PayEndDate' = 4/26/03 (2 detail records) | | | | | | |
| Sum | | | | | 40.05 | $777.46 |
| | | | | | | |
| 5/3/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.11 | $3.21 |
| Summary for 'PayEndDate' = 5/3/03 (2 detail records) | | | | | | |
| Sum | | | | | 40.11 | $779.21 |
| | | | | | | |
| 5/10/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.2 | $5.82 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 11.56 | $336.40 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 39 | $756.60 |

**Page 6 of 10**

EM 0416

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| | Redacted | DAWSON, CHERYL | 68-22-6-562-4321 | PCK | 1 | $19.40 |

Summary for 'PayEndDate' = 5/10/03 (4 detail records)
Sum | | | | | 51.76 | $1,118.22

| 5/17/03 | | | | | | |
| | Redacted | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.1 | $2.91 |

Summary for 'PayEndDate' = 5/17/03 (2 detail records)
Sum | | | | | 40.1 | $778.91

| 5/24/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 10.03 | $291.88 |
| | Redacted | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.13 | $3.79 |

Summary for 'PayEndDate' = 5/24/03 (3 detail records)
Sum | | | | | 50.16 | $1,071.67

| 5/31/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 32 | $620.80 |
| | Redacted | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.06 | $1.75 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | R15 | 10 | $291.00 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | HOL | 8 | $155.20 |

Summary for 'PayEndDate' = 5/31/03 (4 detail records)
Sum | | | | | 50.06 | $1,068.75

| 6/7/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.21 | $6.12 |
| | Redacted | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 12 | $349.20 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 32 | $620.80 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | VAC | 8 | $155.20 |

Summary for 'PayEndDate' = 6/7/03 (4 detail records)
Sum | | | | | 52.21 | $1,131.32

6/14/03

Page 7 of 10

EM 0417

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 37.58 | $749.06 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.2 | $6.20 |
| Summary for 'PayEndDate' = 6/14/03 (2 detail records) | | | | | | |
| Sum | | | | | 37.78 | $755.26 |
| 6/21/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 31.13 | $603.93 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | PER | 8 | $155.20 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.17 | $4.95 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9.73 | $283.15 |
| Summary for 'PayEndDate' = 6/21/03 (4 detail records) | | | | | | |
| Sum | | | | | 49.03 | $1,047.23 |
| 6/28/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | WTT | 1 | $19.40 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 10 | $309.75 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | EPP | | $1.25 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.01 | $0.31 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 38.96 | $804.53 |
| Summary for 'PayEndDate' = 6/28/03 (5 detail records) | | | | | | |
| Sum | | | | | 49.97 | $1,135.24 |
| 7/5/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 32 | $620.80 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.12 | $3.50 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | R15 | 12.56 | $365.50 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | HOL | 8 | $155.20 |
| Summary for 'PayEndDate' = 7/5/03 (4 detail records) | | | | | | |
| Sum | | | | | 52.68 | $1,145.00 |
| 7/12/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 39.95 | $775.03 |
| **Redacted** | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.1 | $2.91 |

**Page 8 of 10**

EM 0418

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| | Redacted | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 9 | $261.90 |

Summary for 'PayEndDate' = 7/12/03 (3 detail records)
Sum                                                                                    49.05      $1,039.84

| 7/19/03 | | | | | | |
|---|---|---|---|---|---|---|
| | | DAWSON, CHERYL | 68-22-6-562-4321 | VAC | 16 | $310.40 |
| | Redacted | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 24 | $495.60 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 1.08 | $33.46 |

Summary for 'PayEndDate' = 7/19/03 (3 detail records)
Sum                                                                                    41.08      $839.46

| 7/26/03 | | | | | | |
|---|---|---|---|---|---|---|
| | Redacted | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 39.96 | $825.18 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.25 | $7.75 |

Summary for 'PayEndDate' = 7/26/03 (2 detail records)
Sum                                                                                    40.21      $832.93

| 8/2/03 | | | | | | |
|---|---|---|---|---|---|---|
| | | DAWSON, CHERYL | 68-22-6-562-4321 | WTT | 1 | $19.40 |
| | Redacted | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 39 | $756.60 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.11 | $3.21 |

Summary for 'PayEndDate' = 8/2/03 (3 detail records)
Sum                                                                                    40.11      $779.21

| 8/9/03 | | | | | | |
|---|---|---|---|---|---|---|
| | Redacted | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $776.00 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.2 | $5.82 |

Summary for 'PayEndDate' = 8/9/03 (2 detail records)
Sum                                                                                    40.2       $781.82

| 8/16/03 | | | | | | |
|---|---|---|---|---|---|---|
| | Redacted | DAWSON, CHERYL | 68-22-6-562-4321 | VAC | 40 | $776.00 |

Summary for 'PayEndDate' = 8/16/03 (1 detail record)
Sum                                                                                    40         $776.00

**Page 9 of 10**

EM 0419

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|----------|-----|------|------|----------|-------|---------|
| 8/23/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | S15 | 7.61 | $235.72 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 40 | $826.00 |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 1.74 | $53.89 |

Summary for 'PayEndDate' =  8/23/03 (3 detail records)

| | | | | | | |
|--|--|--|--|--|--|--|
| Sum | | | | | 49.35 | $1,115.61 |

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|----------|-----|------|------|----------|-------|---------|
| 8/30/03 | | | | | | |
| | | DAWSON, CHERYL | 68-22-6-562-4321 | T15 | 0.26 | $7.57 |
| Redacted | | DAWSON, CHERYL | 68-22-6-562-4321 | REG | 39.95 | $775.03 |

Summary for 'PayEndDate' =  8/30/03 (2 detail records)

| | | | | | | |
|--|--|--|--|--|--|--|
| Sum | | | | | 40.21 | $782.60 |

| | | | | | | |
|--|--|--|--|--|--|--|
| Grand Total | | | | | | |
| Grand Total | | | | | 2023.35 | $42,201.12 |

EM 0420

# Employee Hours Dollars- Period Specific

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| **11/2/02** | | | | | | |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 34.86 | $329.43 |
| Summary for 'PayEndDate' = 11/2/02 (1 detail record) Sum | | | | | 34.86 | $329.43 |
| | | | | | | |
| **11/9/02** | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 27.05 | $255.62 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $27.15 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 9.05 | $85.52 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | PER | 4 | $37.80 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.08 | $1.13 |
| Summary for 'PayEndDate' = 11/9/02 (5 detail records) Sum | | | | | 40.18 | $407.22 |
| | | | | | | |
| **11/16/02** | | | | | | |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.06 | $0.85 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 28.1 | $265.55 |
| Summary for 'PayEndDate' = 11/16/02 (2 detail records) Sum | | | | | 28.16 | $266.40 |
| | | | | | | |
| **11/23/02** | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 33.09 | $317.66 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 8.91 | $85.54 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 2.31 | $33.26 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $26.73 |
| Summary for 'PayEndDate' = 11/23/02 (4 detail records) Sum | | | | | 44.31 | $463.19 |
| | | | | | | |
| **11/30/02** | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 31.3 | $300.48 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | H40 | 4 | $38.40 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 1.75 | $25.20 |

**Page 1 of 9**

EM 0421

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|----------|-----|------|------|----------|-------|---------|
| **Summary for 'PayEndDate' = 11/30/02 (3 detail records)** | | | | | | |
| Sum | | | | | 37.05 | $364.08 |
| | | | | | | |
| 12/7/02 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $21.00 |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | S15 | 0.5 | $7.20 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | VAC | 35 | $336.00 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 7 | $67.20 |
| **Summary for 'PayEndDate' = 12/7/02 (4 detail records)** | | | | | | |
| Sum | | | | | 42.5 | $431.40 |
| | | | | | | |
| 12/14/02 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.21 | $3.02 |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 34.71 | $333.22 |
| **Summary for 'PayEndDate' = 12/14/02 (2 detail records)** | | | | | | |
| Sum | | | | | 34.92 | $336.24 |
| | | | | | | |
| 12/21/02 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.03 | $0.43 |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 32 | $307.20 |
| **Summary for 'PayEndDate' = 12/21/02 (2 detail records)** | | | | | | |
| Sum | | | | | 32.03 | $307.63 |
| | | | | | | |
| 12/28/02 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 30.62 | $293.96 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | EPP | | $7.73 |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $40.32 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.33 | $4.76 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | HOL | 4 | $38.40 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 10.08 | $96.77 |
| **Summary for 'PayEndDate' = 12/28/02 (6 detail records)** | | | | | | |
| Sum | | | | | 45.03 | $481.94 |
| | | | | | | |
| 1/4/03 | | | | | | |

Page 2 of 9

EM 0422

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | HOL | 4 | $38.40 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.18 | $2.60 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | EPP | | $8.21 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 30.71 | $294.82 |
| Summary for 'PayEndDate' = 1/4/03 (4 detail records) | | | | | | |
| Sum | | | | | 34.89 | $344.03 |
| | | | | | | |
| 1/11/03 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 33.04 | $317.19 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $35.84 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 2.16 | $31.11 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | EPP | | $19.30 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 8.96 | $86.02 |
| Summary for 'PayEndDate' = 1/11/03 (5 detail records) | | | | | | |
| Sum | | | | | 44.16 | $489.46 |
| | | | | | | |
| 1/18/03 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.3 | $4.32 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 34.13 | $327.65 |
| Summary for 'PayEndDate' = 1/18/03 (2 detail records) | | | | | | |
| Sum | | | | | 34.43 | $331.97 |
| | | | | | | |
| 1/25/03 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 35.08 | $336.77 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.1 | $1.44 |
| Summary for 'PayEndDate' = 1/25/03 (2 detail records) | | | | | | |
| Sum | | | | | 35.18 | $338.21 |
| | | | | | | |
| 2/1/03 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 8.95 | $85.92 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 33.05 | $317.28 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $35.80 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 1.46 | $21.03 |

Page 3 of 9

EM 0423

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| **Summary for 'PayEndDate' = 2/1/03 (4 detail records)** Sum | | | | | 43.46 | $460.03 |
| 2/8/03 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 29.02 | $278.60 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $36.12 |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 9.03 | $86.69 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | PER | 4 | $38.40 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.15 | $2.16 |
| **Summary for 'PayEndDate' = 2/8/03 (5 detail records)** Sum | | | | | 42.2 | $441.97 |
| 2/15/03 | | | | | | |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 16 | $153.60 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.06 | $0.87 |
| **Summary for 'PayEndDate' = 2/15/03 (2 detail records)** Sum | | | | | 16.06 | $154.47 |
| 3/1/03 | | | | | | |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 2.11 | $30.39 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 33.81 | $324.58 |
| **Summary for 'PayEndDate' = 3/1/03 (2 detail records)** Sum | | | | | 35.92 | $354.97 |
| 3/8/03 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $35.60 |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 1.6 | $23.04 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 8.9 | $85.44 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 33.1 | $317.76 |
| **Summary for 'PayEndDate' = 3/8/03 (4 detail records)** Sum | | | | | 43.6 | $461.84 |
| 3/15/03 | | | | | | |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 26.95 | $258.72 |

**Page 4 of 9**

EM 0424

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|----------|-----|------|------|----------|-------|---------|
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $39.72 |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.01 | $0.15 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 9.93 | $95.33 |

Summary for 'PayEndDate' = 3/15/03 (4 detail records)
Sum                                                                                    36.89      $393.92

| 3/22/03 | | | | | | |
|---------|-----|------|------|----------|-------|---------|
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 33.68 | $323.33 |

Summary for 'PayEndDate' = 3/22/03 (1 detail record)
Sum                                                                                    33.68      $323.33

| 3/29/03 | | | | | | |
|---------|-----|------|------|----------|-------|---------|
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 1.56 | $22.47 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 8.96 | $86.02 |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 33.04 | $317.19 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $35.84 |

Summary for 'PayEndDate' = 3/29/03 (4 detail records)
Sum                                                                                    43.56      $461.52

| 4/5/03 | | | | | | |
|--------|-----|------|------|----------|-------|---------|
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 34.95 | $335.52 |

Summary for 'PayEndDate' = 4/5/03 (1 detail record)
Sum                                                                                    34.95      $335.52

| 4/12/03 | | | | | | |
|---------|-----|------|------|----------|-------|---------|
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 9.96 | $95.62 |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 28.94 | $277.83 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $39.84 |

Summary for 'PayEndDate' = 4/12/03 (3 detail records)
Sum                                                                                    38.9      $413.29

| 4/19/03 | | | | | | |
|---------|-----|------|------|----------|-------|---------|
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 34.6 | $332.16 |

EM 0425

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|----------|-----|------|------|----------|-------|---------|
| Summary for 'PayEndDate' = 4/19/03 (1 detail record) | | | | | | |
| Sum | | | | | 34.6 | $332.16 |
| | | | | | | |
| 4/26/03 | | | | | | |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 34.15 | $327.84 |
| Summary for 'PayEndDate' = 4/26/03 (1 detail record) | | | | | | |
| Sum | | | | | 34.15 | $327.84 |
| | | | | | | |
| 5/3/03 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $35.84 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 1.86 | $26.79 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 8.96 | $86.02 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 33.04 | $317.19 |
| Summary for 'PayEndDate' = 5/3/03 (4 detail records) | | | | | | |
| Sum | | | | | 43.86 | $465.84 |
| | | | | | | |
| 5/10/03 | | | | | | |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | PCK | 1 | $9.60 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 33.6 | $322.56 |
| Summary for 'PayEndDate' = 5/10/03 (2 detail records) | | | | | | |
| Sum | | | | | 34.6 | $332.16 |
| | | | | | | |
| 5/17/03 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | VAC | 39 | $380.25 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 3 | $29.25 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | S15 | 5.75 | $84.10 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $12.00 |
| Summary for 'PayEndDate' = 5/17/03 (4 detail records) | | | | | | |
| Sum | | | | | 47.75 | $505.60 |
| | | | | | | |
| 5/24/03 | | | | | | |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | PER | 4 | $39.00 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 23.7 | $231.08 |

EM 0426

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| | | | | | | |
| Summary for 'PayEndDate' = 5/24/03 (2 detail records) | | | | | | |
| Sum | | | | | 27.7 | $270.08 |
| | | | | | | |
| 5/31/03 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 8.9 | $86.78 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | R15 | 7.91 | $115.69 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $35.60 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | HOL | 4 | $39.00 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 25.96 | $253.11 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.04 | $0.59 |
| Summary for 'PayEndDate' = 5/31/03 (6 detail records) | | | | | | |
| Sum | | | | | 46.81 | $530.77 |
| | | | | | | |
| 6/7/03 | | | | | | |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 25.91 | $257.81 |
| Summary for 'PayEndDate' = 6/7/03 (1 detail record) | | | | | | |
| Sum | | | | | 25.91 | $257.81 |
| | | | | | | |
| 6/14/03 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 8.73 | $85.12 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.83 | $12.14 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 33.27 | $324.39 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $34.92 |
| Summary for 'PayEndDate' = 6/14/03 (4 detail records) | | | | | | |
| Sum | | | | | 42.83 | $456.57 |
| | | | | | | |
| 6/21/03 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 3.01 | $44.93 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | EPP | | $5.19 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 34.86 | $346.86 |
| Summary for 'PayEndDate' = 6/21/03 (3 detail records) | | | | | | |
| Sum | | | | | 37.87 | $396.98 |
| | | | | | | |
| 6/28/03 | | | | | | |

EM 0427

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 35.63 | $354.52 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.5 | $7.47 |

Summary for 'PayEndDate' = 6/28/03 (2 detail records)
Sum                                                                                            36.13       $361.99

| 7/5/03 | | | | | | |
|---|---|---|---|---|---|---|
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | PER | 4 | $39.00 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $35.72 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 24 | $238.80 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 8.93 | $88.86 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 0.05 | $0.75 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | EPP | | $1.60 |

Summary for 'PayEndDate' = 7/5/03 (6 detail records)
Sum                                                                                            36.98       $404.73

| 7/12/03 | | | | | | |
|---|---|---|---|---|---|---|
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 26.73 | $263.02 |

Summary for 'PayEndDate' = 7/12/03 (1 detail record)
Sum                                                                                            26.73       $263.02

| 7/19/03 | | | | | | |
|---|---|---|---|---|---|---|
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 9 | $87.75 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 33 | $321.75 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 1.03 | $15.07 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $36.00 |

Summary for 'PayEndDate' = 7/19/03 (4 detail records)
Sum                                                                                            43.03       $460.57

| 7/26/03 | | | | | | |
|---|---|---|---|---|---|---|
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 8.75 | $87.07 |
| Redacted | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 23.65 | $233.75 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $35.00 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | EPP | | $9.60 |

Page 8 of 9

EM 0428

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| Summary for 'PayEndDate' = 7/26/03 (4 detail records) | | | | | | |
| Sum | | | | | 32.4 | $365.42 |
| | | | | | | |
| 8/2/03 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 33.07 | $322.44 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $35.72 |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | T15 | 1.1 | $16.09 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 8.93 | $87.07 |
| Summary for 'PayEndDate' = 8/2/03 (4 detail records) | | | | | | |
| Sum | | | | | 43.1 | $461.32 |
| | | | | | | |
| 8/9/03 | | | | | | |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SUN | 8.71 | $86.67 |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | REG | 16.04 | $159.60 |
| | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | SPD | | $34.84 |
| Summary for 'PayEndDate' = 8/9/03 (3 detail records) | | | | | | |
| Sum | | | | | 24.75 | $281.11 |
| | | | | | | |
| 8/23/03 | | | | | | |
| **Redacted** | | PERRYMAN, SHIRLEY | 68-22-6-562-4321 | VAC | 39 | $380.25 |
| Summary for 'PayEndDate' = 8/23/03 (1 detail record) | | | | | | |
| Sum | | | | | 39 | $380.25 |
| | | | | | | |
| Grand Total | | | | | 1515.12 | $15,546.28 |
| Grand Total | | | | | | |

EM 0429

# Employee Hours Dollars- Period Specific

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| **11/2/02** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | VAC | 40 | $506.00 |
| Summary for 'PayEndDate' = 11/2/02 (1 detail record) | | | | | | |
| Sum | | | | | 40 | $506.00 |
| | | | | | | |
| **11/9/02** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.3 | $5.69 |
| Summary for 'PayEndDate' = 11/9/02 (2 detail records) | | | | | | |
| Sum | | | | | 40.3 | $511.69 |
| | | | | | | |
| **11/16/02** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.35 | $6.64 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 32 | $404.80 |
| Summary for 'PayEndDate' = 11/16/02 (2 detail records) | | | | | | |
| Sum | | | | | 32.35 | $411.44 |
| | | | | | | |
| **11/23/02** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.71 | $13.47 |
| Summary for 'PayEndDate' = 11/23/02 (2 detail records) | | | | | | |
| Sum | | | | | 40.71 | $519.47 |
| | | | | | | |
| **11/30/02** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | PER | 8 | $101.20 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | HOL | 8 | $101.20 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 24 | $303.60 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.63 | $11.95 |
| Summary for 'PayEndDate' = 11/30/02 (4 detail records) | | | | | | |
| Sum | | | | | 40.63 | $517.95 |
| | | | | | | |
| **12/7/02** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 32 | $404.80 |

**Page 1 of 8**

EM 0430

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.08 | $1.52 |

Summary for 'PayEndDate' = 12/7/02 (2 detail records)
Sum                                    32.08      $406.32

| 12/14/02 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 8 | $101.20 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | VAC | 32 | $404.80 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.06 | $1.14 |

Summary for 'PayEndDate' = 12/14/02 (3 detail records)
Sum                                    40.06      $507.14

| 12/21/02 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.25 | $4.74 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 24 | $303.60 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | VAC | 8 | $101.20 |

Summary for 'PayEndDate' = 12/21/02 (3 detail records)
Sum                                    32.25      $409.54

| 12/28/02 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 31.91 | $403.67 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.15 | $2.85 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | HOL | 8 | $101.20 |

Summary for 'PayEndDate' = 12/28/02 (3 detail records)
Sum                                    40.06      $507.72

| 1/4/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 32 | $404.80 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.03 | $0.57 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | HOL | 8 | $101.20 |

Summary for 'PayEndDate' = 1/4/03 (3 detail records)
Sum                                    40.03      $506.57

| 1/11/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |

**Page 2 of 8**

EM 0431

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.2 | $3.80 |

Summary for 'PayEndDate' = 1/11/03 (2 detail records)
Sum
| | | | | | 40.2 | $509.80 |

| 1/18/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.11 | $2.09 |

Summary for 'PayEndDate' = 1/18/03 (2 detail records)
Sum
| | | | | | 40.11 | $508.09 |

| 1/25/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | PER | 8 | $101.20 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.31 | $5.89 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 32 | $404.80 |

Summary for 'PayEndDate' = 1/25/03 (3 detail records)
Sum
| | | | | | 40.31 | $511.89 |

| 2/1/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.26 | $4.94 |

Summary for 'PayEndDate' = 2/1/03 (2 detail records)
Sum
| | | | | | 40.26 | $510.94 |

| 2/8/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 32 | $404.80 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.21 | $3.99 |

Summary for 'PayEndDate' = 2/8/03 (2 detail records)
Sum
| | | | | | 32.21 | $408.79 |

| 2/15/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 39.96 | $505.50 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 3.88 | $73.63 |

Summary for 'PayEndDate' = 2/15/03 (2 detail records)
Sum
| | | | | | 43.84 | $579.13 |

EM 0432

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|----------|-----|------|------|----------|-------|---------|
| 2/22/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.15 | $2.85 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 32 | $404.80 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | PER | 8 | $101.20 |
| Summary for 'PayEndDate' = 2/22/03 (3 detail records) Sum | | | | | 40.15 | $508.85 |
| 3/1/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |
| Summary for 'PayEndDate' = 3/1/03 (1 detail record) Sum | | | | | 40 | $506.00 |
| 3/8/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.03 | $0.57 |
| Summary for 'PayEndDate' = 3/8/03 (2 detail records) Sum | | | | | 40.03 | $506.57 |
| 3/15/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.33 | $6.27 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |
| Summary for 'PayEndDate' = 3/15/03 (2 detail records) Sum | | | | | 40.33 | $512.27 |
| 3/22/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 32 | $404.80 |
| Summary for 'PayEndDate' = 3/22/03 (1 detail record) Sum | | | | | 32 | $404.80 |
| 3/29/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 32 | $404.80 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.05 | $0.95 |
| Summary for 'PayEndDate' = 3/29/03 (2 detail records) Sum | | | | | 32.05 | $405.75 |

EM 0433

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| 4/5/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 39.81 | $503.60 |
| Summary for 'PayEndDate' = 4/5/03 (1 detail record) | | | | | | |
| Sum | | | | | 39.81 | $503.60 |
| | | | | | | |
| 4/12/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |
| Summary for 'PayEndDate' = 4/12/03 (1 detail record) | | | | | | |
| Sum | | | | | 40 | $506.00 |
| | | | | | | |
| 4/19/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 32 | $404.80 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | PER | 8 | $101.20 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.03 | $0.57 |
| Summary for 'PayEndDate' = 4/19/03 (3 detail records) | | | | | | |
| Sum | | | | | 40.03 | $506.57 |
| | | | | | | |
| 4/26/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | VAC | 40 | $506.00 |
| Summary for 'PayEndDate' = 4/26/03 (1 detail record) | | | | | | |
| Sum | | | | | 40 | $506.00 |
| | | | | | | |
| 5/3/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 39.95 | $505.37 |
| Summary for 'PayEndDate' = 5/3/03 (1 detail record) | | | | | | |
| Sum | | | | | 39.95 | $505.37 |
| | | | | | | |
| 5/10/03 | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.1 | $1.90 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 38.5 | $487.03 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | PCK | 1.5 | $18.98 |
| Summary for 'PayEndDate' = 5/10/03 (3 detail records) | | | | | | |
| Sum | | | | | 40.1 | $507.91 |
| | | | | | | |
| 5/17/03 | | | | | | |

EM 0434

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |

Summary for 'PayEndDate' = 5/17/03 (1 detail record)
Sum                                                                40          $506.00

| 5/24/03 | | | | | | |
|---|---|---|---|---|---|---|
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.06 | $1.14 |

Summary for 'PayEndDate' = 5/24/03 (2 detail records)
Sum                                                                40.06        $507.14

| 5/31/03 | | | | | | |
|---|---|---|---|---|---|---|
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.01 | $0.19 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | HOL | 8 | $101.20 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 32 | $404.80 |

Summary for 'PayEndDate' = 5/31/03 (3 detail records)
Sum                                                                40.01        $506.19

| 6/7/03 | | | | | | |
|---|---|---|---|---|---|---|
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.55 | $10.44 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |

Summary for 'PayEndDate' = 6/7/03 (2 detail records)
Sum                                                                40.55        $516.44

| 6/14/03 | | | | | | |
|---|---|---|---|---|---|---|
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 32 | $404.80 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | PER | 8 | $101.20 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.03 | $0.57 |

Summary for 'PayEndDate' = 6/14/03 (3 detail records)
Sum                                                                40.03        $506.57

| 6/21/03 | | | | | | |
|---|---|---|---|---|---|---|
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.05 | $0.95 |

**Page 6 of 8**

EM 0435

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|----------|-----|------|------|----------|-------|---------|
| **Summary for 'PayEndDate' = 6/21/03 (2 detail records)** | | | | | | |
| **Sum** | | | | | **40.05** | **$506.95** |
| | | | | | | |
| **6/28/03** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.06 | $1.14 |
| **Summary for 'PayEndDate' = 6/28/03 (2 detail records)** | | | | | | |
| **Sum** | | | | | **40.06** | **$507.14** |
| | | | | | | |
| **7/5/03** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.03 | $0.57 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | HOL | 8 | $101.20 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 32 | $404.80 |
| **Summary for 'PayEndDate' = 7/5/03 (3 detail records)** | | | | | | |
| **Sum** | | | | | **40.03** | **$506.57** |
| | | | | | | |
| **7/12/03** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 39.91 | $504.87 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.08 | $1.52 |
| **Summary for 'PayEndDate' = 7/12/03 (2 detail records)** | | | | | | |
| **Sum** | | | | | **39.99** | **$506.39** |
| | | | | | | |
| **7/19/03** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |
| **Summary for 'PayEndDate' = 7/19/03 (1 detail record)** | | | | | | |
| **Sum** | | | | | **40** | **$506.00** |
| | | | | | | |
| **7/26/03** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 39.95 | $505.37 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.05 | $0.95 |
| **Summary for 'PayEndDate' = 7/26/03 (2 detail records)** | | | | | | |
| **Sum** | | | | | **40** | **$506.32** |
| | | | | | | |
| **8/2/03** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 40 | $506.00 |

**Page 7 of 8**

EM 0436

| W/E Date | SSN | Name | GDTL | EarnCode | Hours | Dollars |
|---|---|---|---|---|---|---|
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.1 | $1.90 |
| **Summary for 'PayEndDate' = 8/2/03 (2 detail records)** | | | | | | |
| **Sum** | | | | | 40.1 | $507.90 |
| | | | | | | |
| **8/9/03** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | REG | 34.51 | $436.56 |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | T15 | 0.11 | $2.09 |
| **Summary for 'PayEndDate' = 8/9/03 (2 detail records)** | | | | | | |
| **Sum** | | | | | 34.62 | $438.65 |
| | | | | | | |
| **8/16/03** | | | | | | |
| | 222604021 | ENDERS, JUDY | 68-22-6-562-4321 | S15 | 9 | $170.78 |
| | 222604021 | ENDERS, JUDY | 68-22-6-584-4321 | T15 | 0.06 | $1.14 |
| | 222604021 | ENDERS, JUDY | 68-22-6-584-4321 | REG | 40 | $506.00 |
| **Summary for 'PayEndDate' = 8/16/03 (3 detail records)** | | | | | | |
| **Sum** | | | | | 49.06 | $677.92 |

**Grand Total**

**Grand Total**                                                                  1644.41      $20,918.35

EM 0437