CA 05-669 JJF

The Honorable Joseph J Farnan Jr.

I did send a copy of my letter dated 10/23/07 too Proskauer Rose LLP one Newark center Newark NJ 07102-5211 the same day I mailed it to the court.

Judy Enders

RECEIVED
DEC - 6 2007

J. Furnan J-

The Honorable Joseph J. Furnan J-
United States District Court
844 N. King St. Lockbox 18
Wilm, De. 19801-3570