IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDY ENDERS/MADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-669-JJF |
| | ) | |
| SUPER FRESH, | ) | |
| | ) | |
| Defendant. | ) | |

### **DEFENDANT'S MOTION TO RENEW DOCKET ENTRIES 43 & 44**

WHEREFORE, Defendant Super Fresh, by and through the undersigned counsel hereby moves the Court to renew its consideration of Defendant's previously filed Motion for Summary Judgment and corresponding Opening Brief. (D.I. 43 & 44). Defendant so moves in accordance with the Court's Order dated September 27, 2007, whereby it denied Defendant's Motion for Summary Judgment with leave to renew following the expiration of an extended discovery period, which has now expired. (D.I. 51).

Respectfully submitted,

/s/ Margaret M. DiBianca, Esq.
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 571-5008
Facsimile: (302) 576-3282, 576-3476
E-mail: mdibianca@ycst.com

and

{signature continued on following page}

        John P. Barry, Esquire  (Admitted *Pro Hac Vice*)
        Proskauer Rose LLP
        One Newark Center, 18th Floor
        Newark, NJ  07102-5211
        Telephone: (973) 274-6031
        Facsimile: (973) 274-3299
        E-mail:  jbarry@proskauer.com
        Attorneys for Defendant

Dated: December 7, 2007

**CERTIFICATE OF SERVICE**

        I hereby certify that on **December 7, 2007**, I electronically filed a true and correct copy of the **Defendant's Motion to Renew Docket Entries 43 and 44** with the Clerk of the Court using CM/ECF.

        I further certify that on **December 7, 2007**, I served a copy of **Defendant's Motion to Renew Docket Entries 43 and 44** on the following non-registered participant via Certified Mail – Return Receipt Requested and by United States Postal Service:

>  Judy Enders-Maden
>  1 Laurel Avenue
>  Wilmington, Delaware 19809

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca, Esq.
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-5008
Facsimile : (302) 576-3476
E-mail: mdibianca@ycst.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDY ENDERS/MADEN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-669-JJF |
| ) | |
| SUPER FRESH, ) | |
| ) | |
| Defendant. ) | |

### Order

      **AND NOW**, upon consideration of **Defendant's Motion to Dismiss**, it is by the Court this _____ day of_____ 2007, **ORDERED** that:

      Defendants' Motion to Renew Docket Entries 43 and 44 is hereby **GRANTED.**

_____
United States District Judge