```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

JUDY ENDERS/MADEN,                :
                                  :
        Plaintiff,                :
                                  :
   •                              :     Civil Action No. 05-669-JJF
                                  :
SUPER FRESH,                      :
                                  :
        Defendant.                :

<b><u>ORDER</u></b>

WHEREAS, on February 15, 2007, Defendant filed a Motion For Summary Judgment and an opening brief (D.I. 43, 44);

WHEREAS, in response, on April 3, 2007, <u>pro</u> <u>se</u> Plaintiff submitted a letter to the Court requesting certain discovery and making a second request for appointment of counsel (D.I. 48);

WHEREAS, on September 26, 2007, the Court denied Defendant's Motion for Summary Judgment with leave to renew (D.I. 51), and extended the deadline for fact discovery;

WHEREAS, on December 7, 2007, Defendant filed a Motion to Renew Docket Entries 43 and 44 (D.I. 58);

WHEREAS, Plaintiff has not filed a response to Defendant's Motion to Renew or an answering brief to Defendant's Motion for Summary Judgment;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant's Motion to Renew Docket Entries 43 and 44 (D.I. 58) is **<u>GRANTED</u>**;

2.  Plaintiff shall file an answering brief to Defendants' Motion For Summary Judgment (D.I. 43) **no later than Tuesday, July 15, 2008**. If Plaintiff does not file an Answering Brief by the date indicated, the Court will decide the Motion on the papers submitted.

June 26, 2008                                    _____
                                                 UNITED STATES DISTRICT JUDGE